# EXHIBIT 2






About ∨   How it Works   Where to Buy   FAQs   Contact Us   **BUY NOW**

NanoBio® Protect uses proprietary nanotechnology to deliver a common skin antiseptic in a new way. Learn more about the research behind NanoBio Protect

**How is nanotechnology used in NanoBio Protect?**

NanoBio Protect works because of its patented nano-formulation. The product's unique, oil-based nanodroplets enhance the antiseptic's antimicrobial activity, optimizing its ability to kill germs on the skin. The nanodroplets are small enough to be effective on the skin, but too large to be absorbed into the bloodstream — creating a layer of lasting protection.

NanoBio Protect adds BZK antiseptic to the surface of nanodroplets. This technology offers four distinct advantages over conventional BZK antiseptics:

- The Nanodroplets optimize the ability of the antiseptic to kill germs.
- The droplets sit on skin after application, enabling protection for up to 8 hours (in lab testing).
- Dry skin allows germs to penetrate. Nanodroplets hydrate the skin, preventing dryness and cracking.
- When bound to the oil-based Nanodroplets, the antiseptic does not irritate the skin.

(Oil / Benzalkonium chloride / Non-ionic surfactant)

Learn more about NanoBio Protect

- When bound to the oil-based Nanodroplets, the antiseptic does not irritate the skin.

**Can you provide more detail on how the nano-technology works?** 

NanoBio Protect is composed of positively-charged droplets that are 300-600nm in size. These droplets are attracted to negatively-charged germs on the skin. The nanodroplets deliver the antiseptic BZK to the surface of the germs where the germ is inactivated via membrane disruption.

Other conventional BZK antiseptics often combine BZK with water, causing crystallization. When crystallization occurs, it rapidly inactivates the antiseptic and can lead to skin irritation. But because each NanoBio Protect droplet carries a positive charge, the droplets repel each other — keeping the BZK molecules separated and preventing crystallization.

**Is nano-technology as used in this product safe?** 

NanoBio® Protect uses proprietary nanotechnology to deliver a common skin antiseptic in a new way.







### Effectiveness

The nanodroplets are optimized for size and charge in order to maximize their germ-killing impact. The positively-charged droplets deliver the antiseptic to the negatively-charged germs on the skin, inactivating them via membrane disruption.

### Duration

NanoBio Protect's nanodroplets are positively charged, enabling them to stay active on the surface of the skin for significantly longer than common water-based BZK antiseptic solutions.

### Safety

NanoBio Protect's nanodroplets are small enough to reach germs that hide in the deep layers of skin, but big enough to prevent absorption through the skin into the bloodstream.