# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

**Stanley H. Kremen,**
**Attorney at Law**
**4 Lenape Lane**
**East Brunswick, New Jersey 08816**
**(732) 593-7294**
**Attorney for the Plaintiff**

|  |  |
|---|---|
| TRUTEK CORP.,<br>Plaintiff,<br><br>v.<br><br>BlueWillow Biologics, Inc.<br>ROBIN ROE 1 through 10, gender neutral fictitious names, and ABC CORPORATION 1 through 10 (fictitious names).<br><br>Defendants. | CIVIL ACTION No. _____ |

## **DECLARATION OF KEITH ALTMAN**

I, Keith Altman, being of full age, hereby depose and say under penalties of perjury according to the laws of the United States and the State of Michigan:

1. I am a resident of the State of Michigan.

2. On January 31, 2021, I ordered one unit of NanoBio Nasal Antiseptic online from Amazon.com using my computer, which is located in the State of Michigan. The Order Number is 112-1762892-7659450. The shipping address is 30474 Fox Club Drive, Farmington Hills, MI 48331-1956. Once my online order was completed and payment was made, I was informed that the product shipped the same day. A copy of the sales receipt and invoice is attached hereto as Exhibit A.

//

1

3. On February 1, 2021, I received the one unit of NanoBio Nasal Antiseptic that was apparently shipped to me from Amazon.com at the above address in Farmington Hills, Michigan.

I declare that the statements made by me above are true and that the exhibits attached hereto are genuine and are correctly described above. I understand that I am subject to the penalties of perjury for false representations according to the laws of the United States and the State of Michigan.

_____
Keith Altman

2

# EXHIBIT A



### Final Details for Order #112-1762892-7659450

**Order Placed:** January 31, 2021
**Amazon.com order number:** 112-1762892-7659450
**Order Total:** **$22.47**

| Shipped on January 31, 2021 | |
|---|---|
| **Items Ordered** | **Price** |
| 1 of: NanoBio Protect Nasal Antiseptic | Reduces the risk of respiratory infection | Kills 99.99% of Germs | 8 Hour Protection | Safe for Kids, Daily Use | Nasal Disinfectant | 40+ Uses | FSA/HSA eligible<br>Sold by: BlueWillow Biologics (seller profile)<br>Condition: New | $21.20 |

| | |
|---|---|
| **Shipping Address:**<br>Keith Altman<br>30474 FOX CLUB DR<br>FARMINGTON HILLS, MI 48331-1956<br>United States | Item(s) Subtotal: $21.20<br>Shipping & Handling: $0.00<br>-----<br>Total before tax: $21.20<br>Sales Tax: $1.27<br>----- |
| **Shipping Speed:**<br>One-Day Shipping | **Total for This Shipment:** **$22.47**<br>----- |

| Payment information | |
|---|---|
| **Payment Method:**<br>Visa | Last digits: 3621 | Item(s) Subtotal: $21.20<br>Shipping & Handling: $0.00<br>----- |
| **Billing address**<br>Keith Altman<br>30474 FOX CLUB DR<br>FARMINGTON HILLS, MI 48331-1956<br>United States | Total before tax: $21.20<br>**Estimated Tax:** $1.27<br>-----<br>**Grand Total:** **$22.47** |
| **FSA or HSA eligible** | FSA or HSA eligible amount (includes taxes & shipping): $22.47 |

To view the status of your order, return to Order Summary .

Conditions of Use | Privacy Notice  © 1996-2020, Amazon.com, Inc.

# EXHIBIT B

