# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

TRUTEK CORP.,

      Plaintiff,

v.

BLUEWILLOW BIOLOGICS, INC.,
ROBIN ROE 1 through 10, gender
neutral fictitious names, and ABC
CORPORATION 1 through 10
(fictitious names),

      Defendants.

Case No. 21-10312

Hon. Stephen J. Murphy, III

## NOTICE OF APPEARANCE

PLEASE ENTER THE APPERANCE of **Nichols J. Ellis** of the law firm of Foley & Lardner LLP on behalf of *Defendant BlueWillow Biologics, Inc.*, in connection with the above-entitled cause of action. The undersigned requests electronic notice at nellis@foley.com of all papers served or required to be served in this case.

Please take further notice that this Appearance and request for electronic service shall not be deemed or construed to be a waiver of any rights.

4840-9604-0158.1

2

        Respectfully submitted,

        FOLEY & LARDNER LLP

        By:/s/ Nicholas J. Ellis
        Nicholas J. Ellis (P73174)
        500 Woodward Avenue, Suite 2700
        Detroit, MI  48226
        (313) 234-7100
        nellis@foley.com

Dated:  March 1, 2021        *Counsel for BlueWillow Biologics, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on **March 1, 2021**, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will provide electronic copies to counsel of record.

/s/ Nicholas J. Ellis
Nicholas J. Ellis

4840-9604-0158.1