UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUTEK CORP.,

        Plaintiff,

v.

BLUE WILLOW BIOLOGICS, INC.,

        Defendant.
_____/

Case No. 2:21-cv-10312

HONORABLE STEPHEN J. MURPHY, III

**STIPULATED ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

This matter having come before the Court upon the stipulation of the parties and the Court being otherwise advised in the premises:

**WHEREAS**, BlueWillow Biologics, Inc.'s ("BlueWillow") response to Plaintiff's Complaint is due March 5, 2021; and

**WHEREAS**, the parties have agreed to a 30-day extension of BlueWillow's time in which to respond to the Complaint.

**IT IS HEREBY ORDERED THAT** BlueWillow shall have until, and including, **April 5, 2021** to answer, move, or otherwise respond to the Complaint. Nothing in this Order shall be construed to prejudice any claim, defense, or argument of either party.

        **SO ORDERED.**

                              s/ Stephen J. Murphy, III
                              STEPHEN J. MURPHY, III
Dated: March 1, 2021          United States District Judge

2

**Stipulated and approved as to form and substance:**

| PATENTS GROUP LLC | FOLEY & LARDNER LLP |
|---|---|
| /s/ Stanley H. Kremen (w/ consent)<br>Stanley H. Kremen<br>4 Lenape Lane<br>East Brunswick, NJ  08816<br>(732) 593-7294<br>shk@shk-dplc.com | /s/ Nicholas J. Ellis<br>Nicholas J. Ellis (P73174)<br>500 Woodward Avenue, Suite 2700<br>Detroit, MI  48226<br>(313) 234-7100<br>nellis@foley.com |
| *Counsel for Plaintiff* | *Counsel for BlueWillow Biologics, Inc.* |