UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUTEK CORP.,

          Plaintiff,

v.

BLUE WILLOW BIOLOGICS, INC.,

          Defendant.

                                                  /

Case No. 2:21-cv-10312

HONORABLE STEPHEN J. MURPHY, III

## STIPULATED ORDER FOR SECOND EXTENSION OF DEADLINE TO RESPOND TO COMPLAINT

This matter having come before the Court upon the stipulation of the parties and the Court being otherwise advised in the premises:

**WHEREAS**, BlueWillow Biologics, Inc.'s ("BlueWillow") response to Plaintiff's Complaint is currently is due April 5, 2021 pursuant to the Stipulated Order Extending Deadline to Respond to Complaint [Dkt. No. 5]; and

**WHEREAS**, the parties are engaged in settlement discussions and wish to further extend BlueWillow's deadline to respond to the Complaint by an additional 30 days in order to continue their discussions;

**IT IS HEREBY ORDERED** that BlueWillow shall have until, and including, **May 5, 2021** to answer, move, or otherwise respond to the Complaint. Nothing in this Order shall be construed to prejudice any claim, defense, or argument of either party.

1

SO ORDERED.

                                        <u>s/ Stephen J. Murphy, III</u>
                                        STEPHEN J. MURPHY, III
                                        United States District Judge

Dated: April 1, 2021

**Stipulated and approved as to form and substance:**

| | |
|---|---|
| **PATENTS GROUP LLC** | **FOLEY & LARDNER LLP** |
| <u>/s/ Stanley H. Kremen (w/ consent)</u><br>Stanley H. Kremen<br>4 Lenape Lane<br>East Brunswick, NJ 08816<br>(732) 593-7294<br>shk@shk-dplc.com | <u>/s/ Nicholas J. Ellis</u><br>Nicholas J. Ellis (P73174)<br>500 Woodward Avenue, Suite 2700<br>Detroit, MI 48226<br>(313) 234-7100<br>nellis@foley.com |
| *Counsel for Plaintiff* | *Counsel for BlueWillow Biologics, Inc.* |