UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUTEK CORP.,

          Plaintiff,

v.

BLUEWILLOW BIOLOGICS,
INC., et al.,

          Defendants.
_____/

Case No. 2:21-cv-10312

HONORABLE STEPHEN J. MURPHY, III

**STIPULATED ORDER
FOR THIRD EXTENSION OF DEADLINE TO RESPOND TO COMPLAINT**

This matter having come before the Court upon the stipulation of the parties and the Court being otherwise advised in the premises:

**WHEREAS**, BlueWillow Biologics, Inc.'s ("BlueWillow") response to Plaintiff's Complaint is currently is due May 5, 2021 pursuant to the Second Stipulated Order Extending Deadline to Respond to Complaint [Dkt. No. 7];

**WHEREAS**, the parties are engaged in settlement discussions and wish to further extend BlueWillow's deadline to respond to the Complaint by an additional 14 days in order to continue their discussions; and

**WHEREAS**, the parties do not intend to seek a further extension unless they are able to reach agreement on terms for settlement;

**IT IS HEREBY ORDERED** that BlueWillow shall have until, and including, **May 19, 2021** to answer, move, or otherwise respond to the Complaint. Nothing in

this Order shall be construed to prejudice any claim, defense, or argument of either party.

    **SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: May 4, 2021

Stipulated and approved as to form and substance:

| **PATENTS GROUP LLC** | **FOLEY & LARDNER LLP** |
|---|---|
| /s/ Stanley H. Kremen (w/ consent) | /s/ Nicholas J. Ellis |
| Stanley H. Kremen | Nicholas J. Ellis (P73174) |
| 4 Lenape Lane | 500 Woodward Avenue, Suite 2700 |
| East Brunswick, NJ 08816 | Detroit, MI 48226 |
| (732) 593-7294 | (313) 234-7100 |
| shk@shk-dplc.com | nellis@foley.com |
| *Counsel for Plaintiff* | *Counsel for BlueWillow Biologics, Inc.* |