UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TRUETEK CORP.,

          Plaintiff(s),

v.

BLUEWILLOW BIOLOGICS, INC. et al.,

          Defendant(s).
_____/

Case No. 2:21-cv-10312

Judge Stephen J. Murphy, III

Magistrate Judge R. Steven Whalen

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, <u>Defendant/Counter-Plaintiff BlueWillow Biologics, Inc.</u>

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐   No ☑

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐   No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: May 19, 2021

/s/ Alan J. Gocha

P80972
Foley & Lardner LLP
500 Woodward Avenue
Suite 2700
48226-3489
(313) 234-7100
agocha@foley.com