UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUTEK CORP.,

      Plaintiff,

v.                                      Case No. 2:21-cv-10312

BLUEWILLOW BIOLOGICS, INC.;      Hon. Stephen J. Murphy, III
ROBIN ROE 1 through 10, gender        Mag. R. Steven Whalen
neutral fictitious names, and; ABC
CORPORATION 1 through 10 (fictitious
names).

      Defendants.

**INDEX OF EXHIBITS**

**Exhibit 1**: Compendium of Unpublished Opinions