UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUTEK CORP.,

                Plaintiff,

v.

BLUEWILLOW BIOLOGICS,
INC., et al.,

                Defendants.

                                      /

Case No. 2:21-cv-10312

HONORABLE STEPHEN J. MURPHY, III

**STIPULATED ORDER EXTENDING TIME TO REPLY TO OPPOSITION**

This matter having come before the Court upon the stipulation of the parties and the Court being otherwise advised in the premises:

**WHEREAS** the reply of Plaintiff Trutek Corp. ("Trutek") to the Opposition of BlueWillow Biologics, Inc. ("BlueWillow") to Trutek's Motion to Dismiss BlueWillow's Counterclaim Counts is due on July 9, 2021, and

**WHEREAS** the parties have agreed to a seventeen-day extension of Trutek's time in which to respond to the Opposition,

**IT IS HEREBY ORDERED THAT** Trutek shall have until, and including, **July 26, 2021** to **REPLY** to the Opposition. Nothing in this Order shall be construed to prejudice any claim, defense, or argument of either party.

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: July 6, 2021

**Stipulated and approved as to form and substance:**

| | |
|---|---|
| **PATENTS GROUP LLC** | **FOLEY & LARDNER LLP** |
| /s/ Stanley H. Kremen | /s/ Nicholas J. Ellis (w/consent) |
| Stanley H. Kremen | Nicholas J. Ellis (P73174) |
| 4 Lenape Lane | 500 Woodward Avenue, Suite 2700 |
| East Brunswick, NJ 08816 | Detroit, MI 48226 |
| (732) 593-7294 | (313) 234-7100 |
| shk@shk-dplc.com | nellis@foley.com |
| *Counsel for Plaintiff, Trutek Corp.* | *Counsel for BlueWillow Biologics, Inc.* |