# EXHIBIT 2

|  **'802 Patent's Claims** | **BlueWillow's Non-Infringement Allegation** |
|---|---|
| **CLAIM 1 (Independent):**<br>A method for electrostatically inhibiting harmful particulate matter from infecting an individual through nasal inhalation wherein a formulation is applied to skin or tissue of nasal passages of the individual in a thin film, said method comprising:<br><br>a) electrostatically attracting the particulate matter to the thin film;<br><br>b) holding the particulate matter in place by adjusting the adhesion of the thin film to permit said thin film to stick to the skin or tissue and by adjusting the cohesion of the formulation to provide adequate impermeability to the thin film; and,<br><br>c) inactivating the particulate matter by adding at least one ingredient that would render said particulate matter harmless. | "BlueWillow has not and does not either literally or under the doctrine of equivalents infringe any valid or enforceable claim of the '802 Patent.  For example:"<br><br>▪ "NanoBio® Protect does not restrict the flow of airborne contaminants or particulate matter into nasal passages and/or<br><br>▪ hold such airborne contaminants or particulate matter outside the body,<br><br>▪ does not inactivate particulate matter, and<br><br>▪ does not prevent infection by electrostatically inhibiting harmful particulate matter,<br><br>as required by the '802 Patent claims." |
| **CLAIM 2 (Independent):**<br>A formulation for electrostatically inhibiting harmful particulate matter from infecting an individual through nasal inhalation wherein the formulation is applied to skin or tissue of nasal passages of the individual in a thin film, said formulation comprising at least one cationic agent and at least one biocidic agent, and wherein said formulation, once applied:<br><br>a) electro statically attracts the particulate matter to the thin film;<br><br>b) holds the particulate matter in place by adjusting the adhesion of the thin film to permit said thin film to stick to the skin or tissue and by adjusting the cohesion of the formulation to provide adequate impermeability to the thin film; and,<br><br>c) inactivates the particulate matter and renders said particulate matter harmless. | "BlueWillow has not and does not either literally or under the doctrine of equivalents infringe any valid or enforceable claim of the '802 Patent.  For example:"<br><br>▪ "NanoBio® Protect does not restrict the flow of airborne contaminants or particulate matter into nasal passages and/or<br><br>▪ hold such airborne contaminants or particulate matter outside the body,<br><br>▪ does not inactivate particulate matter, and<br><br>▪ does not prevent infection by electrostatically inhibiting harmful particulate matter,<br><br>as required by the '802 Patent claims." |
| **CLAIM 7 (Dependent on CLAIM 2):**<br>The formulation of claim 2 wherein the at least one biocidic agent is Benzalkonium Chloride or Lysine HCL. | BZK is BlueWillow's acronym for Benzalkonium Chloride. |