UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUTEK CORP.,

    Plaintiff,

v.

BLUEWILLOW BIOLOGICS, INC.;
ROBIN ROE 1 through 10 (fictitious
names); ABC CORPORATION 1
through 10 (fictitious names).

    Defendants.

Case No. 2:21-cv-10312

Hon. Stephen J. Murphy, III
Mag. R. Steven Whalen

## NOTICE OF APPEARANCE

PLEASE ENTER THE APPEARANCE of **Liane Peterson** of the law firm of Foley & Lardner LLP on behalf of **Defendant BlueWillow Biologics, Inc.** in connection with the above-entitled cause of action. The undersigned requests electronic notice at lpeterson@foley.com of all papers served or required to be served in this case.

2

Dated:  October 29, 2021　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**FOLEY & LARDNER LLP**

　　　　　　　　　　　　　　　　　　/s/   *Liane Peterson*
　　　　　　　　　　　　　　　　　　Nicholas J. Ellis (P73174)
　　　　　　　　　　　　　　　　　　Alan J. Gocha (P80972)
　　　　　　　　　　　　　　　　　　500 Woodward Avenue, Suite 2700
　　　　　　　　　　　　　　　　　　Detroit, MI 48226-3489
　　　　　　　　　　　　　　　　　　Telephone:  313.234.7100
　　　　　　　　　　　　　　　　　　Facsimile:  313.234.2800

　　　　　　　　　　　　　　　　　　Liane M. Peterson
　　　　　　　　　　　　　　　　　　3000 K Street NW, Suite 600
　　　　　　　　　　　　　　　　　　Washington, DC 20007
　　　　　　　　　　　　　　　　　　Telephone:  202.672.5300
　　　　　　　　　　　　　　　　　　Facsimile:  202.672.5399

　　　　　　　　　　　　　　　　　　*Attorneys for Defendant/Counter-*
　　　　　　　　　　　　　　　　　　*Plaintiff BlueWillow Biologics, Inc.*

## **CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that on **October 29, 2021**, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will provide electronic copies to counsel of record.

/s/  *Liane Peterson*
Liane M. Peterson