## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| TRUTEK CORP., *Plaintiff/Counter-Defendant*, <br><br> v. <br><br> BLUEWILLOW BIOLOGICS, INC., et al. *Defendants/Counter-Plaintiffs* | Case No. 2:21-cv-10312 <br><br> Honorable Stephen J. Murphy III <br><br> **NOTICE OF APPEARANCE OF KEITH ALTMAN, ESQ.** |

**PLEASE TAKE NOTICE,** that the undersigned attorney, Keith Altman, hereby appears on behalf of Plaintiff/Counter-Defendant TRUTEK CORP, and requests that a copy of all papers in this action be served upon the undersigned at the address below.

Dated:  November 12, 2021    Respectfully submitted,

/s/ *Keith Altman*
Keith Altman, Esq. (P81702)
The Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone (248) 987-8929
keithaltman@kaltmanlaw.com

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 12, 2021, by electronic and/or ordinary mail.

                                              /s/ *Keith Altman*
                                              Keith Altman, Esq. (P81702)