UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUTEK CORP.,

    Plaintiff,

v.

BLUEWILLOW BIOLOGICS, INC.,

    Defendant.

                                     /

Case No. 2:21-cv-10312

HONORABLE STEPHEN J. MURPHY, III

## **ORDER REQUIRING JOINT STATUS REPORT**

At the scheduling conference, the Court explained that it would ask about the parties' willingness to attend mediation at the end of fact discovery. The fact discovery deadline is April 1. ECF 21, PgID 244. Because the fact discovery deadline is near, the Court will require the parties to submit a joint status report detailing their progress in discovery, their willingness to participate in alternative dispute resolution, and an anticipated timeline of when they will be prepared to engage in meaningful mediation.

**WHEREFORE**, it is hereby **ORDERED** that the parties must **SUBMIT** the above-described joint status report no later than **April 1, 2022**.

**SO ORDERED.**

                                                           s/ Stephen J. Murphy, III
                                                           STEPHEN J. MURPHY, III
                                                           United States District Judge

Dated: March 14, 2022

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 14, 2022, by electronic and/or ordinary mail.

s/ David P. Parker
Case Manager
