UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUTEK CORP.,                              Case No. 2:21-cv-10312

        Plaintiff,                         Hon. Stephen J. Murphy, III

v.

BLUEWILLOW BIOLOGICS, INC.,

        Defendants.

## PLAINTIFF'S MOTION TO AMEND THE SCHEDULING ORDER

**NOW COMES** Plaintiff TRUTEK CORP., by and through its attorneys, with this Motion to Amend the Scheduling Order, and hereby states the following:

1. The Complaint in this case was filed February 10, 2021.

2. The Court issued a Scheduling Order on November 3, 2021. (EFC 021).

3. The Parties have only recently begun discovery.

4. The Defendants served Plaintiff with 71 requests for production and 13 interrogatories, and has scheduled a 30(b)(6) Notice of Deposition for March 31, 2022.

5. Plaintiff's co-counsel, Stanley Kremen, is currently out of the country.

| EVENT | ORIGINAL DUE DATE | PROPOSED DUE DATE |
|---|---|---|
| **WITNESS LIST DISCLOSURE DUE** | 3/20/22 | **5/4/22** |
| **EXPERT WITNESS DISCLOSURES** | Opening Expert Reports: 5/16/22<br>Responsive Expert Reports: 7/1/22<br>Reply Expert Reports: 8/15/22 | Opening Expert Reports: **6/30/22**<br>Responsive Expert Reports: **8/15/22**<br>Reply Expert Reports: **9/29/22** |
| **DISCOVERY ENDS** | Fact: 4/1/22<br>Expert: 9/30/22 | Fact: **5/16/22**<br>Expert: **11/14/22** |
| **DISPOSITIVE MOTIONS DUE:** | 10/28/22 | **12/12/22** |

6. Plaintiff's co-counsel, Keith Altman, has recently become legally blind. While accommodations are being put into place, it takes Mr. Altman considerably longer to read, write and prepare documents.

7. Plaintiff hereby requests the currently set discovery-related deadlines be extended by 45 days.

8. In accordance with Local Rule 7.1(2), Plaintiff met and conferred with the Defendant's counsel on the present motion but were unable to come to an agreement. Defendants wanted a settlement conference as a condition to agreeing to the extension. Unfortunately, discovery has just gotten underway and the case is not yet ripe for a settlement conference.

9. This request is not filed for the purpose of delay. It is Plaintiff's belief that no party will be prejudiced by the granting of this motion.

**WHEREFORE** Plaintiff respectfully requests that the Court approve the foregoing Motion to Amend the Scheduling Order dates as outlined above.

Dated: March 18, 2022                              Respectfully Submitted,

Keith Altman, Esq.
Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (987) 987-8929
keithaltman@kaltmanlaw.com
A*ttorneys for Plaintiff*

# EXHIBIT A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| TRUTEK CORP., | Case No. 2:21-cv-10312 |
|---|---|
| Plaintiff, | Hon. Stephen J. Murphy, III |
| v. | |
| BLUEWILLOW BIOLOGICS, INC., | |
| Defendants. | |

## AMENDED SCHEDULING ORDER

**ORDERED** that the Plaintiff's Motion to Amend the Scheduling Order is granted.

| EVENT | ORIGINAL DUE DATE | AMENDED DUE DATE |
|---|---|---|
| **WITNESS LIST DISCLOSURE DUE** | 3/20/22 | **5/4/22** |
| **EXPERT WITNESS DISCLOSURES** | Opening Expert Reports: 5/16/22  Responsive Expert Reports: 7/1/22  Reply Expert Reports: 8/15/22 | Opening Expert Reports: **6/30/22**  Responsive Expert Reports: **8/15/22**  Reply Expert Reports: **9/29/22** |
| **DISCOVERY ENDS** | Fact: 4/1/22  Expert: 9/30/22 | Fact: **5/16/22**  Expert: **11/14/22** |
| **DISPOSITIVE MOTIONS DUE:** | 10/28/22 | **12/12/22** |

March ____, 2022                     BY THE COURT

_____

Hon. Stephen J. Murphy, III

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TRUTEK CORP., | Case No. 2:21-cv-10312 |
| Plaintiff, | Hon. Stephen J. Murphy, III |
| v. | |
| BLUEWILLOW BIOLOGICS, INC., | |
| Defendants. | |

### CERTIFICATE OF SERVICE

I certify that on March 18, 2022, I served the foregoing Plaintiff's Motion to Amend the Scheduling Order upon all parties herein by filing copies of same using the ECF System.

Keith Altman, Esq.
Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (987) 987-8929
keithaltman@kaltmanlaw.com
*Attorneys for Plaintiff*