UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUTEK CORP.,

                    Plaintiff,

v.

BLUEWILLOW BIOLOGICS, INC.,

                    Defendant.

_____/

Case No. 2:21-cv-10312

HONORABLE STEPHEN J. MURPHY, III

## <u>ORDER REFERRING PARTIES TO MEDIATOR</u>

The recent case management order referred the parties to mediation no later than July 29, 2022. ECF 26, PgID 270. The order explained that the Court will appoint a mediator in a later order. *Id.* The Court will now appoint Mr. Thomas Schehr[1], of Dykema, a former federal law clerk and former President of the Federal Bar Association's local chapter, to mediate the case.

**WHEREFORE**, it is hereby **ORDERED** that the Court **REFERS** the case to Mr. Thomas Schehr for mediation and settlement discussions and **ORDERS** the parties to proceed in compliance with Local Rule 16.4. The mediation and settlement discussions must occur **no later than July 29, 2022**. The parties must contact Mr. Schehr and provide him with a copy of this order as soon as practicable and must **NOTIFY** the Court of the date of the mediation session once it is scheduled.

---

[1] Mr. Schehr can be reached by phone at (313) 568-6659 or by email at tschehr@dykema.com.

**IT IS FURTHER ORDERED** that Mr. Schehr must **NOTIFY** the Court within seven days of completion of the mediation, "stating only the date of completion, who participated, whether settlement was reached, and whether further [alternative dispute resolution] proceedings are contemplated." E.D. Mich. L.R. 16.4(e)(6). If a settlement is reached, the parties must **NOTIFY** the Court right after completion of the mediation and must **SUBMIT** a proposed order of dismissal within twenty-one days. *Id*. at 16.4(e)(7). If a settlement is not reached, the parties must **NOTIFY** the Court within five days of the completion of the mediation.

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: March 29, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 29, 2022, by electronic and/or ordinary mail.

s/ David P. Parker
Case Manager

2