# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

TRUTEK CORP.,

      Plaintiff,

v.

BLUEWILLOW BIOLOGICS, INC.;
ROBIN ROE 1 through 10, gender
neutral fictitious names, and; ABC
CORPORATION 1 through 10 (fictitious
names).

      Defendants.

Case No. 2:21-cv-10312

Hon. Stephen J. Murphy, III
Mag. R. Steven Whalen

## INDEX OF EXHIBITS

Exhibit A – Trutek's First Set of Requests for Production

Exhibit B – May 9, 2022 Objections to Interrogatory No. 4

Exhibit C – *Carl Zeiss v. Topcon Medical System, Inc.*

Exhibit D – May 11, 2022 Email from L. Peterson to K. Altman and S. Kremen

Exhibit E – October 25, 2021 Email from S. Kremen to L. Peterson and Attached October 23, 2021 Letter from Dr. Lemmo

Exhibit F – Service Emails