# EXHIBIT F

| | |
|---|---|
| **From:** | Gocha, Alan J. |
| **Sent:** | Wednesday, May 11, 2022 5:44 PM |
| **To:** | shk@shk-dplc.com; kaltman@lawampmmt.com |
| **Cc:** | Peterson, Liane M.; Ellis, Nicholas J. |
| **Subject:** | Trutek v. BlueWillow - Witness List |
| **Attachments:** | Witness List- May 11, 2022.pdf |

Counselors:

Please find Defendant BlueWillow's May 11, 2022 Witness List in the above captioned matter attached. A copy is also being sent to you via First Class Mail.

Best,

**Alan J. Gocha**
*Associate*

**Foley & Lardner LLP**
500 Woodward Avenue | Suite 2700
Detroit, MI 48226
313.234.7100 (office)
313.234.2736 (direct)
248.505.4670 (cell)

View My Bio
Visit Foley.com



| | |
|---|---|
| **From:** | Gocha, Alan J. |
| **Sent:** | Monday, March 21, 2022 4:59 PM |
| **To:** | From: Stanley H. Kremen; kaltman@lawampmmt.com |
| **Cc:** | Peterson, Liane M.; Ellis, Nicholas J. |
| **Subject:** | Witness List |
| **Attachments:** | Witness List.pdf |

Counselors:

Please find BlueWillow's Witness List attached. A copy is also being sent to you a copy via First Class Mail.

Best,

**Alan J. Gocha**
*Associate*

**Foley & Lardner LLP**
500 Woodward Avenue | Suite 2700
Detroit, MI 48226
313.234.7100 (office)
313.234.2736 (direct)
248.505.4670 (cell)

View My Bio
Visit Foley.com



| | |
|---|---|
| **From:** | Gocha, Alan J. |
| **Sent:** | Monday, May 9, 2022 4:28 PM |
| **To:** | shk@shk-dplc.com; kaltman@lawampmmt.com |
| **Cc:** | Peterson, Liane M.; Ellis, Nicholas J. |
| **Subject:** | Trutek Corp. v. BlueWillow Biologics, Inc., 2:21-cv-10312-SJM-RSW: Answers to Trutek's First Set of Interrogatories |
| **Attachments:** | BlueWillow Answers to First Set of Interrogatories.pdf |

Counselors:

Please find a copy of Defendant BlueWillow Biologics, Inc.'s Objections and Answers to Plaintiff's First Set of Interrogatories in the above captioned matter attached. A copy is also being sent to you via First Class mail.

Please note, as marked and explained in the Answers, the Answers are designated Outside Counsel Eyes' Only. The submission of these Answers is subject to the condition that Trutek counsel hold and treat the Answers as strictly confidential until a protective order is entered in this case. At such time, we will designate the Answers pursuant to the protective order.

Best,

Alan J. Gocha
*Associate*

**Foley & Lardner LLP**
500 Woodward Avenue | Suite 2700
Detroit, MI 48226
313.234.7100 (office)
313.234.2736 (direct)
248.505.4670 (cell)

View My Bio
Visit Foley.com



| | |
|---|---|
| **From:** | Gocha, Alan J. |
| **Sent:** | Monday, May 2, 2022 11:49 AM |
| **To:** | shk@shk-dplc.com; kaltman@lawampmmt.com |
| **Cc:** | Ellis, Nicholas J.; Peterson, Liane M. |
| **Subject:** | Trutek Corp. v. BlueWillow Biologics, Inc., 2:21-cv-10312-SJM-RSW: BlueWillow Answers to First Set of RFAs |
| **Attachments:** | BlueWillow Answers to First Set of RFAs.pdf |

Counselors:

Please find a copy of Defendant BlueWillow Biologics, Inc.'s Objections and Answers to Plaintiff's First Set of Requests for Admission in the above captioned matter attached. A copy is also being sent to you via First Class Mail.

Best,

Alan J. Gocha
*Associate*

**Foley & Lardner LLP**
500 Woodward Avenue | Suite 2700
Detroit, MI 48226
313.234.7100 (office)
313.234.2736 (direct)
248.505.4670 (cell)

View My Bio
Visit Foley.com



1