UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUTEK CORP.,

    Plaintiff/Counter-Defendant,

v.

BLUEWILLOW BIOLOGICS, INC.,

    Defendant/Counter-Plaintiff.

_____/

Case No. 2:21-cv-10312

HONORABLE STEPHEN J. MURPHY, III

## ORDER REQUIRING JOINT STATUS REPORT

Fact discovery has ended, and the parties are in expert discovery. ECF 26, PgID 269. The parties are also mediating with Mr. Thomas Schehr this month. ECF 27. The Court will require the parties to file a joint status report providing dates for claim construction and a technology tutorial. The parties should propose dates for the following deadlines:

- Claim construction statement by Plaintiff
- Response to proposed claim construction statement
- Parties to meet and confer
- Joint claim construction statement
- Claim construction hearing
- Technology tutorial

The Court will finalize dates based on the Court's availability and will explain what filings will be required for the claim construction statements and briefing.

**WHEREFORE**, it is hereby **ORDERED** that the parties must **FILE** the above-described joint status report **no later than June 21, 2022**.

**SO ORDERED.**

s/ Stephen J. Murphy, III  
STEPHEN J. MURPHY, III  
United States District Judge

Dated: June 2, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 2, 2022, by electronic and/or ordinary mail.

s/ David P. Parker  
Case Manager