# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| TRUTEK CORP., <br><br> Plaintiff, <br><br> v. <br><br> BLUEWILLOW BIOLOGICS, INC., ROBIN ROE 1 through 10, gender neutral fictitious names, and ABC CORPORATION 1 through 10 (fictitious names). <br><br> Defendants. | Case No. 2:21-cv-10312-SJM-RSW <br><br> Hon. Stephen J. Murphy, III |

## JOINT STATUS REPORT

2

Pursuant to the Court's June 2, 2022 Order (Dkt. 33), Plaintiff/Counter-Defendant Trutek Corp. ("Plaintiff" or "Trutek") and Defendant/Counter-Plaintiff BlueWillow Biologics, Inc. ("BlueWillow") propose the following deadlines:

| Event | Date |
|---|---|
| Trutek serves claim terms and proposed constructions | Thursday, July 21, 2022 |
| BlueWillow serves claim terms and proposed constructions | Wednesday, August 17, 2022 |
| Deadline to Meet and Confer to determine disputed claim terms for briefing | Thursday, August 25, 2022 |
| Parties file simultaneous Opening Briefs | Thursday, September 8, 2022 |
| Parties file simultaneous Responsive Briefs | Monday, September 19, 2022 |
| File Joint Claim Construction Statement | Friday, September 30, 2022 |
| Technology Tutorial and Claim Construction Hearing<br>• Parties will exchange slides 2 days before the hearing<br>• Time allocation for technology tutorial:<br>   o Trutek presentation (45 minutes) with BlueWillow rebuttal (15 minutes)<br>   o BlueWillow presentation (45 minutes) with Trutek rebuttal (15 minutes) | Tuesday, November 1, 2022 or later |

APPROVED AS TO FORM:

Dated: June 21, 2022

| | |
|---|---|
| /s/ Stanley H. Kremen (w/ permission)<br>Stanley H. Kremen, Esq.<br>4 Lenape Lane<br>East Brunswick, New Jersey 08816<br>Telephone: (732) 593-7294<br>shk@shk-dplc.com<br>shklaw@kremen.us<br>*Attorney for Plaintiff* | /s/ Liane M. Peterson<br>Nicholas J. Ellis (P73174)<br>Alan J. Gocha (P80972)<br>500 Woodward Avenue, Suite 2700<br>Detroit, MI 48226-3489<br>Telephone: 313.234.7100<br>Facsimile: 313.234.2800 |
| Keith Altman, Esq.<br>The Law Office of Keith Altman<br>33228 West 12 Mile Road,<br>Suite 375, Farmington Hills, Michigan 48334<br>Telephone: (248) 987-8929<br>keithaltman@kaltmanlaw.com<br><br>*Attorneys for Plaintiff* | Liane M. Peterson<br>3000 K Street NW, Suite 600<br>Washington, DC 20007<br>Telephone: 202.672.5300<br>Facsimile: 202.672.5399<br><br>*Attorneys for Defendant/Counter-Plaintiff BlueWillow Biologics, Inc.* |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| TRUTEK CORP.,<br><br>                     Plaintiff,<br><br> v.<br><br>BLUEWILLOW BIOLOGICS, INC., ROBIN ROE 1 through 10, gender neutral fictitious names, and ABC CORPORATION 1 through 10 (fictitious names).<br><br>                     Defendants. | Case No. 2:21-cv-10312-SJM-RSW<br><br>Hon. Stephen J. Murphy, III |

## **CERTIFICATE OF SERVICE**

I certify that on June 21, 2022, I filed the foregoing document and this Certificate of Service with the Court using the ECF system, which sent notice of filing to all attorneys of record.

/s/ Alan J. Gocha
Alan J. Gocha (P80972)
Foley & Lardner LLP
500 Woodward Avenue, Suite 2700
Detroit, MI 48226
(313) 234-7100
agocha@foley.com

4