UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUTEK CORP.,

    Plaintiff/Counter-Defendant,

v.

BLUEWILLOW BIOLOGICS, INC.,

    Defendant/Counter-Plaintiff.

_____/

Case No. 2:21-cv-10312

HONORABLE STEPHEN J. MURPHY, III

**ORDER SETTING**
**CLAIM CONSTRUCTION SCHEDULE**

Based on the parties' joint status report, ECF 34, the Court will set the following claim construction schedule.

| Event | Date |
|---|---|
| Trutek serves claim terms and proposed constructions | Thursday, July 21, 2022 |
| BlueWillow serves claim terms and proposed constructions | Wednesday, August 17, 2022 |
| Deadline to Meet and Confer to determine disputed claim terms for briefing | Thursday, August 25, 2022 |
| Parties file simultaneous Opening Briefs | Thursday, September 8, 2022 |
| Parties file simultaneous Responsive Briefs | Monday, September 19, 2022 |
| File Joint Claim Construction Statement | Friday, September 30, 2022 |
| Technology Tutorial and Claim Construction Hearing<br>• Parties will exchange slides 2 days before the hearing<br>• Time allocation for technology tutorial:<br>• Trutek presentation (45 minutes) with BlueWillow rebuttal (15 minutes)<br>• BlueWillow presentation (45 minutes) with Trutek rebuttal (15 minutes) | Tuesday, November 15, 2022 |

1

**WHEREFORE**, it is hereby **ORDERED** that the above schedule is **ADOPTED**.

**SO ORDERED.**

s/ Stephen J. Murphy, III  
STEPHEN J. MURPHY, III  
United States District Judge

Dated: June 22, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 22, 2022, by electronic and/or ordinary mail.

s/ David P. Parker  
Case Manager