# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| TRUTEK CORP., | Case No. 2:21-cv-10312 |
| Plaintiff, | Hon. Stephen J. Murphy, III |
| v. | |
| BLUEWILLOW BIOLOGICS, INC., | |
| Defendants. | |

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSIONS OF PAGE LIMITS AND TIME TO FILE RESPONSIVE BRIEFS

**NOW COMES** Plaintiff TRUTEK CORP., by and through its attorneys, with this Unopposed Motion for Extension of Page Limits and Time to File Responsive Briefs, and hereby states the following:

1. The Complaint in this case was filed February 10, 2021.

2. After the parties exchanged disputed claim terms it was determined that additional discussion was needed to be included in the opening briefs. This required considerable time to complete and added to the length of the briefs.

3. Lead counsel for Plaintiff exceeded the page limits provided by L.R. 7.1(d)(3)(A) when drafting Plaintiff's opening brief.

1

4. Lead counsel for Plaintiff seeks additional time as counsel will be out of state for another matter on the current deadline for the responsive brief.

5. Plaintiff requests the page limits be extended to thirty-five (35) pages for the opening and responsive briefs of both parties.

6. Plaintiff requests an extension of seven additional days for the opening and responsive briefs of both parties to be filed.

7. In accordance with Local Rule 7.1(2), Plaintiff met and conferred with the Defendant's counsel. Defendants concur in the present motion.

8. This request is not filed for the purpose of delay, no party will be prejudiced by the granting of this motion.

**WHEREFORE** Plaintiff respectfully requests that the Court approve the foregoing Motion to allow additional pages to be filed and extending the deadlines for responsive briefs as outlined above.

Dated: September 8, 2022                Respectfully Submitted,

Keith Altman, Esq.
Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (987) 987-8929
keithaltman@kaltmanlaw.com
A*ttorneys for Plaintiff*

# EXHIBIT A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| TRUTEK CORP., | Case No. 2:21-cv-10312 |
| Plaintiff, | Hon. Stephen J. Murphy, III |
| v. | |
| BLUEWILLOW BIOLOGICS, INC., | |
| Defendants. | |

## ORDER

**ORDERED** that the Plaintiff's Unopposed Motion for Extension of Page Limits and Time to File Responsive Pleadings is granted.

Page limits for the opening and responsive briefs of both parties shall be extended to thirty-five (35) pages.

An additional seven days is granted for the deadlines to file the opening and responsive briefs of the respective parties.

September _____, 2022              BY THE COURT

_____

Hon. Stephen J. Murphy, III

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| TRUTEK CORP., | Case No. 2:21-cv-10312 |
| Plaintiff, | Hon. Stephen J. Murphy, III |
| v. | |
| BLUEWILLOW BIOLOGICS, INC., | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I certify that on September 8, 2022, I served the foregoing Plaintiff's Unopposed Motion for Extension of Page Limits and Time to File Responsive Briefs upon all parties herein by filing copies of same using the ECF System.

Keith Altman, Esq.
Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (987) 987-8929
keithaltman@kaltmanlaw.com
A*ttorneys for Plaintiff*

5