IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TRUTEK CORP., *Plaintiff/Counter-Defendant*, v. BLUEWILLOW BIOLOGICS, INC. *Defendant/Counter-Plaintiff*, ROBIN ROE 1 through 10 (fictitious names); ABC CORPORATION 1 through 10 (fictitious names), *Defendants*. | Case No. 2:21-cv-10312 Hon. Stephen J. Murphy, III Mag. R. Steven Whalen |

## INDEX OF EXHIBITS

**EXHIBIT 1 - '802 PATENT**

**EXHIBIT 2 - AMIJI DECLARATION**

**EXHIBIT 3 – EXCERPT OF FILE PROSECUTION HISTORY**