UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TRUTEK CORP., | Case No. 2:21-cv-10312 |
| Plaintiff, | Hon. Stephen J. Murphy, III |
| v. | |
| BLUEWILLOW BIOLOGICS, INC., et. al., | |
| Defendants. | |

**PLAINTIFF'S MOTION FOR EXTENSIONS OF TIME TO FILE RESPONSE TO MOTION TO EXCLUDE DAMAGES - RELATED THEORIES OR EVIDENCE**

**NOW COMES** Plaintiff TRUTEK CORP., by and through its attorneys, with this Motion for Extension of Time to File Response to Motion to Exclude Damages – Related Theories or Evidence, and hereby states the following:

1. The Complaint in this case was filed February 10, 2021.

2. Lead counsel for Plaintiff seeks additional time to file their response to Defendants Motion to Exclude Damages – Related Theories or Evidence.

3. Plaintiff requests an extension of fourteen days to analyze the facts in Defendants motion and file Plaintiff's response.

1

4. In accordance with Local Rule 7.1(2), Plaintiff sought out concurrence in this motion from Defendant's counsel. At the time of filing, concurrence had not been received.

5. This request is not filed for the purpose of delay, no party will be prejudiced by the granting of this motion.

**WHEREFORE** Plaintiff respectfully requests that the Court approve the foregoing Motion to extend the deadline for responding to Defendant's Motion to Exclude Damages – Related Theories or Evidence.

Dated: October 5, 2022  Respectfully Submitted,

/s/ *Stanley H. Kremen*
Stanley H. Kremen, Esq.
4 Lenape Lane
East Brunswick, NJ 08816
Tel: (732) 593-7294
Fax: (732) 312-5218
*shk@shk-dplc.com*

Keith Altman, Esq.
Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (987) 987-8929
keithaltman@kaltmanlaw.com
*Attorneys for Plaintiff*

# EXHIBIT A

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| TRUTEK CORP., | Case No. 2:21-cv-10312 |
| Plaintiff, | Hon. Stephen J. Murphy, III |
| v. | |
| BLUEWILLOW BIOLOGICS, INC., et. al., | |
| Defendants. | |

## ORDER

**ORDERED** that the Plaintiff's Motion for Extension of Time to File Response to Exclude Damages – Related Theories or Evidence is granted.

An additional fourteen days is granted for the deadlines to file the response to Defendants Motion to Exclude Damages – Related Theories or Evidence.

October _____, 2022                BY THE COURT

_____

Hon. Stephen J. Murphy, III

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| TRUTEK CORP., | Case No. 2:21-cv-10312 |
| Plaintiff, | Hon. Stephen J. Murphy, III |
| v. | |
| BLUEWILLOW BIOLOGICS, INC., et. al., | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I certify that on October 5, 2022, I served the foregoing Plaintiff's Motion for Extension of Time to File Response to Exclude Damages – Related Theories or Evidence upon all parties herein by filing copies of same using the ECF System.

Keith Altman, Esq.

5