# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

TRUTEK CORP.,                         Case No. 2:21-cv-10312

                    Plaintiff,        Hon. Stephen J. Murphy, III

v.

BLUEWILLOW BIOLOGICS, INC.,
et. al.

                    Defendants.

---

## PLAINTIFF TRUTEK CORPORATION'S
## AMENDED COMPLAINT

---

**NOW COMES** Plaintiff, TRUTEK CORP., by and through its attorneys, the Law Office of Stanley H. Kremen and The Law Office of Keith Altman, and for their Amended Complaint, hereby states the following:

## <u>PARTIES</u>

1. Plaintiff, TRUTEK CORP. ("TRUTEK") is a corporation of the State of New Jersey, with principal offices at 281 East Main Street, Somerville, New Jersey, 08876.

2. Upon information and belief, Defendant, BlueWillow Biologics, Inc. ("BLUEWILLOW") is a corporation of the State of Delaware, with a place of business at 2311 Green Road, Suite A, Ann Arbor, Michigan 48105.

## FEDERAL SUBJECT MATTER JURISDICTION

3. The subject matter jurisdiction of this Court arises under 28 U.S.C. § 1331 concerning a federal question, the Patent Laws of the United States, 28 U.S.C. §§ 1338(a), (b), and 35 U.S.C. § 271.

## IN PERSONAM JURISDICTION

4. The *in personam* jurisdiction of this Court over Defendant BLUEWILLOW is proper under 28 U.S.C. § 1400(b) because the tort of patent infringement occurred in Michigan and BLUEWILLOW has an established place of business in Michigan.

## VENUE

5. The venue of this Court is proper under the Patent Venue Statute, 28 U.S.C. § 1400(b) since the tort of patent infringement occurred within the State of Michigan, and Defendant BLUEWILLOW has an established place of business thereat, and which is furthermore located within the venue of the Eastern District of Michigan.

## STATEMENT OF FACTS AND CAUSES OF ACTION

6. Ashok Wahi ("WAHI") is Chief Science and IP Officer of Plaintiff TRUTEK.

1

7. On November 21, 1995, United States Patent No. 5,468,488 (hereinafter the '488 Patent) was issued to WAHI for his invention titled, "Electrostatically Charged Nasal Application Product and Method." The '488 Patent was assigned to TRUTEK.

8. On October 7, 1997, United States Patent No. 5,674,481 (hereinafter the '481 Patent) was issued to WAHI for his invention titled, "Electrostatically Charged Nasal Topical Application Product." The '481 Patent was assigned to TRUTEK.

9. On January 18, 2005, United States Patent No. 6,844,005 (hereinafter the '005 Patent) was issued to WAHI for his invention titled, "Electrostatically Charged Nasal Application Product With Increased Strength." The '005 Patent was assigned to TRUTEK.

10. On April 24, 2012, United States Patent No. 8,163,802 (hereinafter the '802 Patent) was issued to WAHI for his invention titled, "Electrostatically Charged Multi-Acting Nasal Application Product, and Method," on a patent application that was filed at the United States Patent and Trademark Office (USPTO) on May 16, 2009. The '802 Patent was assigned to TRUTEK. The '802 Patent is attached hereto as Exhibit 6.

11. The patented technology made it possible for people to apply TRUTEK's manufactured products in and around their nasal passages to reduce reactions to airborne allergens and to reduce or eliminate reactions to viral infections from

influenza and the common cold by restricting and inactivating virus sized particles. This is done by establishing an electrostatic charge in and around nasal passages.

12. As of the year 1992 going forward, TRUTEK utilized its patented and proprietary trade secret technology to establish proof of concept, develop, formulate, manufacture, sell, and/or license over-the-counter products under the brand name NasalGuard® AllergieBlock®, NasalGuard Cold&Flu Block®, NasalGuard® Multi Acting™, Anti-Stat Enhanced Mask™, NasalGuard Wipes™, NasalGuard Allergie Wipes™, NasalGuard Cold & Flu Wipes™, Skin and Hair super conditioners, Truteks® Skin and Truteks® skin care products, along with electrostatically charged nasal multipurpose products, nasal application (anti-stat) diagnostic products and, associated Technologies and Methodologies, Patents and Pending Patent Applications, also including products under the brand names Chloraseptic Allergen Block and Little Allergies Allergen Block, Eisai Crystal Veil, Eisai Crystal Veil Cool, Nitto Nuru Mask, Nitto NasalGuard, further including but not limited to nasal application product lines such as gels, pre-moistened products for *e.g.* applicators, swabs, wipes, etc., sticks, nasal sprays, nasal washes, surgical masks, and multi-acting/integrated products.

13. Claim 1 of the '802 Patent claims a method of applying a formulation to the skin or tissue of a person's nasal passages in a thin film. The formulation attracts and

holds particulate matter to the thin film, and binds it to the thin film. The bound particulate matter is then inactivated by at least one ingredient that renders it harmless. One such claimed inactivating ingredient is benzalkonium chloride (claim 7). This process is sometimes referred to as "catch, hold, and kill."

14. Claim 2 of the '802 Patent claims a formulation that is applied to the skin or tissues of a person's nasal passages in a thin film. The formulation contains a cationic agent (an ingredient that produces a positive electrostatic charge) and a biocidic agent (a substance that destroys or inhibits the growth or activity of living organisms). The formulation electrostatically attracts and holds particulate matter to the thin film, and binds it to the thin film. The bound particulate matter is then inactivated by at least one ingredient that renders it harmless. One such claimed cationic agent is benzalkonium chloride (claim 6) and one such claimed biocidic agent is benzalkonium chloride (claim 7). This formulation functions using the process referred to as "catch, hold, and kill," *supra*.

## BLUEWILLOW'S Nanobio® Protect Products

15. According to information and belief, sometime in 2020, Defendant BLUEWILLOW manufactured and marketed one or more over-the-counter pharmaceutical products named NanoBio® Protect ("NANOBIO"). According to information and belief, the NANOBIO products were sold over-the-counter at

4

least at CVS pharmacies nationwide, and were sold online to customers by Amazon.com.

16. BLUEWILLOW's website advertises the NANOBIO product being applied to a customer's nasal passages. Their product forms positively charged "NanoBio Droplets" that are approximately 600 nanometers[1] in size, which adhere to nasal membranes. Most harmful particles, such as bacteria or viruses (referred to as "germs"), are negatively charged. The positively charged "NanoBio Droplets" attract and bind to these particles. The NANOBIO product formulation contains benzalkonium chloride (which the website calls BZK) that adheres to the surface of the "NanoBio droplets." According to the website, the "NanoBio droplets" surround the germs and "kill them via membrane disruption." (See Exhibit 1 attached hereto.) The NANOBIO product implements the methodology of "catch, hold, and kill." The NANOBIO website "Frequently Asked Questions" section (Exhibit 2) describing the product further enforces this mechanism of action.

17. Sometime in 2020, WAHI suspected that the NANOBIO product infringes one or more of TRUTEK's patents. To that end, on June 23, 2020, TRUTEK personnel purchased the NANOBIO product from Amazon.com. After extensive in-house experimentation, it was indicated that the NANOBIO product functions

---

[1] A nanometer is a billionth of a meter.

by producing an electrostatic charge in and around the user's nasal passages.  It was indicated that NANOBIO product infringes claims of TRUTEK's '802 Patent.  On January 14, 2021, TRUTEK personnel purchased a NANOBIO product from CVS, and obtained similar results through in-house experimentation.

18. To validate TRUTEK's in-house experimental results, TRUTEK contracted with Alexei Ermakov, Ph.D. to compare the electrostatic charges between BLUEWILLOW's NANOBIO product and TRUTEK's NasalGuard® products. His experiments showed not only that the NANOBIO product exhibited a surface electrostatic charge, but also that the orders of magnitude of the charges of the BLUEWILLOW and TRUTEK products were of the same order of magnitude. Dr. Ermakov's Report is attached hereto as Exhibit 3.  For further verification, TRUTEK contracted with Electro-Tech Systems ("ETS") in Perkasie, Pennsylvania, to run additional experiments.   ETS personnel applied BLUEWILLOW's NANOBIO product and TRUTEK's NasalGuard® product to pig skin swatches.  Pig skin is very similar to human skin tissue.  The ETS and Ermakov experiments yielded similar results.  The NANOBIO product exhibited a surface electrostatic charge of the same order of magnitude as the NasalGuard® product.  The ETS report is attached hereto as Exhibit 4.

19. On January 31, 2021, Keith Altman, a resident of the State of Michigan, ordered and paid for one unit of NanoBio Protect Nasal Antiseptic online from Amazon.com. The product was to be shipped by Amazon.com to his address in Michigan. Mr. Altman used his computer to place the order, and the computer is located in Michigan, and it was located therein at the time that he placed his order. On February 1, 2021, Mr. Altman received the ordered one unit of NanoBio Protect Nasal Antiseptic in Michigan at the designated Michigan shipping address. A declaration of Keith Altman attesting to these events is attached hereto as Exhibit 5.

20. The ability to lessen the reactions to airborne contaminants by creating an electrostatic charge around a person's nasal passages was disclosed in TRUTEK's '488, '481, '005, and '802 Patents. A copy of the '802 Patent is attached hereto as Exhibit 6.

21. The ability to lessen the reactions to airborne contaminants by creating an electrostatic charge around a person's nasal passages is inherent in TRUTEK's formulations and manufacturing processes. Efficacy studies show that TRUTEK's methodology presented a viable solution to relief of allergy, cold, and flu symptoms.

22. Upon information and belief, just as TRUTEK's products work on allergens and viruses by creating an electrostatic charge around nasal passages and further

inactivate said allergens and viruses, the NANOBIO products work the same way.

23. At some point after this lawsuit was filed, BLUEWILLOW discontinued sales of the NANOBIO products, and the product descriptions were removed from BLUEWILLOW'S website.

24. The NANOBIO products were sold to customers by Amazon.com as are TRUTEK's competing products also sold thereby. The competitive sales of the competing NANOBIO products deprive TRUTEK of sales and profits from its own products.

25. Upon information and belief, Defendants Robin Roe 1 through 10 and ABC Corporations 1 through 10 also infringe on the claims of TRUTEK's '802 Patent.

## **WILLFUL PATENT INFRINGEMENT**

26. Plaintiff owns intellectual property relating to an electrostatically charged multi-acting nasal application product and method covered by the '802 patent.

27. Defendants distributed, made, used, offered to sell and/or sold infringing products, *i.e.*, the NANOBIO products.

28. Defendants distributed, made, used, offered to sell and/or sold infringing products, *i.e.*, the NANOBIO products, which infringe on the '802 patent, without authority or license from Plaintiff.

29. Defendants infringe at least claims 1, 2 and 7 of the '802 patent because the NANOBIO products possess an electrostatic charge when applied to a person's nasal passages, and they use benzalkonium chloride as a cationic agent and also as a biocidic agent.

30. Defendants received notice that the NANOBIO products infringed on claims 1, 2, 6 and 7 of the '802 patent when Plaintiff filed the original complain in this action on February 10, 2021.

31. Defendants had knowledge of the '802 patent on the date of the original complaint in the present action.

32. Defendants continued to market, distribute, and sell NANOBIO products for approximately months after learning that the NANOBIO products infringed on claims 1, 2, 6 and 7 of the '802 patent. A copy of BlueWillow Biologics, Inc.'s, financial records are attached hereto as Exhibit 7.

33. Defendants provided Plaintiff with copies of BlueWillow Bioligics, Inc.'s, financial records after the close of discovery.

34. Plaintiff has analyzed BlueWillow Bioligics, Inc.'s financial records, and the records establish by a preponderance of the evidence that enhanced damages are appropriate.

35. Defendants' actions constitute willful patent infringement under 35 U.S.C. § 284 and 35 U.S.C. § 285.

36. Under 35 U.S.C. § 284, when the damages are not found by a jury, the court shall assess them; in either event the court may increase the damages up to three times the amount found or assessed.

## GENERAL ALLEGATIONS

37. Plaintiff incorporates all of the above Paragraphs *supra* as though fully restated herein.

38. Plaintiff owns intellectual property related to certain formulations based upon attracting and/or repelling electrostatically charged particles in and around a person's nasal passages by application of a product that maintains an electrostatic charge on the skin or mucous membranes.  Plaintiff has expended considerable resources to inventing, formulating, and developing its inventions and products and to protecting its rights therein.  Plaintiff holds all rights, title, and interest to its '488, '481, '005, and '802 Patents.  The '802 Patent is in full force and effect. TRUTEK is the legal owner of the '802 Patent and possesses all rights of recovery under the patent.

## STATEMENT OF CLAIMS

## COUNT 1

## Infringement of the '802 Patent

39. Plaintiff incorporates all of the above Paragraphs *supra* as though fully restated herein.

40. Plaintiff owns intellectual property relating to an electrostatically charged multi-acting nasal application product and method covered by the '802 patent.

41. Defendants distributed, made, used, offered to sell and/or sold infringing products, *i.e.*, the NANOBIO products.

42. Defendants distributed, made, used, offered to sell and/or sold infringing products, *i.e.*, the NANOBIO products, which infringed on the '802 Patent, without authority or license from Plaintiff.

43. Defendants infringe at least claims 1, 2, and 7 of the '802 Patent because the NANOBIO products possess an electrostatic charge when applied to a person's nasal passages, and they use benzalkonium chloride as a cationic agent and also as a biocidic agent.

44. Plaintiff has been damaged as a result of Defendants' infringement of the '802 Patent, and will continue to be damaged unless such infringement is enjoined by this Court pursuant to 35 U.S.C. § 283.

45. Pursuant to 35 U.S.C. § 284, Plaintiff is entitled to damages adequate to compensate in an amount not less than a fair and reasonable royalty.

46. Alternatively, as the NANOBIO products are no longer being sold by Defendants, Plaintiff is entitled to damages adequate to compensate in an amount

not less than the profits realized by Defendants for past sales of the NANOBIO products.

47. Pursuant to 35 U.S.C. § 284, Plaintiff is entitled to damages adequate to compensate in an amount not less than a fair and reasonable royalty.

48. Plaintiff is entitled to a judgment from the Court, which enjoins sales or commercialization by BLUEWILLOW of its NANOBIO products until after expiration of the '802 Patent.

## COUNT 2

### Willful Infringement of the '802 Patent

49. Plaintiff incorporates all of the above paragraphs *supra* as though fully restated herein.

50. Plaintiff owns intellectual property relating to an electrostatically charged multi-acting nasal application product and method covered by the '802 patent.

51. Defendants distributed, made, used, offered to sell and/or sold infringing products, *i.e.*, the NANOBIO products.

52. Defendants distributed, made, used, offered to sell and/or sold infringing products, *i.e.*, the NANOBIO products, which infringe on the '802 patent, without authority or license from Plaintiff.

53. Defendants infringe at least claims 1, 2, 6, and 7 of the '802 patent because the NANOBIO products possess an electrostatic charge when applied to a person's

nasal passages, and they use benzalkonium chloride as a cationic agent and also as a biocidic agent.

54. Under 35 U.S.C. § 284, when the damages are not found by a jury, the court shall assess them; in either event the court may increase the damages up to three times the amount found or assessed.

55. Defendants had knowledge of the '802 patent on the date of the original complaint in the present action.

56. Defendants continued to market, distribute, and sell NANOBIO products for months after learning that the NANOBIO products infringed on claims 1, 2, 6, and 7 of the '802 patent.

57. Defendants' actions and financial records demonstrate that Defendants' conduct amounted to intentional or knowing infringement of the 802' patent.

58. Defendants' actions constitute willful patent infringement under 35 U.S.C. § 284 and 35 U.S.C. § 285.

59. Pursuant to 35 U.S.C. § 285, the court in exceptional circumstances may award reasonable attorneys' fees to the prevailing party.

## **PRAYER FOR RELIEF**

Wherefore, Plaintiff prays that:

a) Defendants be required to pay over and account to Plaintiff for all gains, profits, and advantages derived from the infringement of its '802 Patent beginning April 24, 2012, based upon manufacture, sales, and/or use of the NANOBIO products in the United States and anywhere in the world, or by way of international commerce with the United States.

b) Defendants be enjoined from manufacturing and/or selling the NANOBIO products in the United States, either directly or indirectly.

c) Defendants be enjoined from actively inducing others to sell the NANOBIO products in the United States, either directly or indirectly.

d) Plaintiff prays for such other and further relief as the Court may deem to be just and proper.

## DEMAND FOR DISCOVERY OF INSURANCE COVERAGE

Pursuant to Defendants' discovery obligations, demand is made that all Defendants disclose to the Plaintiff whether or not there are any insurance agreements or policies under which any person or firm carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or indemnify or reimburse for payments made to satisfy the judgment and provide Plaintiff with true copies of those insurance agreements or policies, including, but not limited to, any and all declarations sheets. This demand shall

include and cover not only primary coverage, but also any and all excess, catastrophe and umbrella policies.

## <u>DEMAND FOR A JURY TRIAL</u>

Plaintiff hereby demands a trial by jury of all issues triable of right by a jury.

Dated: October 25, 2022

Respectfully submitted,

/s/ *Stanley H. Kremen*
Stanley H. Kremen, Esq.
4 Lenape Lane
East Brunswick, NJ 08816
Tel: (732) 593-7294
Fax: (732) 312-5218
*shk@shk-dplc.com*

Keith Altman, Esq.
Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
Tel: (987) 987-8929
*keithaltman@kaltmanlaw.com*

*Attorneys for Plaintiff, Trutek Corp.*

# EXHIBIT 1



Bringing Nanoscience to Life



# NanoBio® Protect Nasal Antiseptic Solution



NanoBio® Protect is an alcohol-free nasal antiseptic solution that can be used to help reduce germs on skin that can cause infections. The product is easy to apply with any cotton swab for use on the skin around the rim of your nose as well as the skin up to one-half inch inside each nostril. It is non-irritating, fragrance-free and leaves no residue after application.

NanoBio® Protect is an FDA regulated over-the-counter skin antiseptic that incorporates the active ingredient benzalkonium chloride (BZK), which has been used in humans as a topical skin antiseptic since the 1940's. NanoBio®



Protect is similar in concept to a hand sanitizer but is designed for use on the skin inside and around the nose where germs frequently enter the body.

The unique effectiveness of NanoBio® Protectis derived from BlueWillow's patented nanotechnology. NanoBio® Protect places the BZK antiseptic on the surface of nano-droplets, which results in at least four key advantages:

1. The nano-droplets are attracted to germs by electro-kinetic charge and present the BZK in such a way to enable killing of germs on contact,
2. The droplets persist on skin for 4 or more hours, enabling long-lasting effectiveness,
3. The droplets significantly hydrate skin to avoid dryness and cracking that can allow germs in.
4. And lastly, when bound to nano-droplets, BZK is non-irritating to the skin.

NanoBio® Protect kills germs via membrane disruption. NanoBio® Protect is comprised of positively charged droplets that are 300–600nm in size. The droplets are attracted to negatively charged germs in the skin. As shown to the right, the nano-droplets



physically disrupt the outer membrane of germs, killing on contact.

NanoBio® Protect is applied by thoroughly swabbing the skin up to one-half inch inside of each nostril and is recommended for use to help reduce germs on the skin in and around the nose that can cause infections. It should be used in conjunction with frequent handwashing, limited touching of the face, and social distancing to help minimize infection. Each 0.75 oz bottle of NanoBio® Protect will provide 40 or more treatments. A single application should involve the use of two swabs, including one for each nostril, or the use of a double-sided swab.

The product can be applied to the skin every 4–8 hours as needed, and is recommended for use during periods of increased risk of exposure to germs. For example, a healthcare worker might apply NanoBio® Protect two or more times a day. A flight attendant might apply the product 1–2 times during a long flight. Whereas, someone that is mostly staying at home in isolation may only need to apply it once a day or every few days prior to heading to the store or to an appointment.

## Scientific Research Behind NanoBio® Protect

BlueWillow's
nasal
antiseptic

has not been clinically tested to confirm protection against COVID-19 infection in humans. It has



demonstrated both anti-bacterial and anti-viral activity in laboratory tests making it a potentially important additive measure to reduce the risk of infection

Standard *in vitro* lab experiments demonstrate that NanoBio® Protect kills more than 99.99% of germs within 60 seconds of exposure, as shown in the graph to the right.

Recent studies conducted by Public Health England also demonstrate NanoBio® Protect's ability to kill COVID-19 virus in laboratory tests. However, as stated above, studies to test for protection in humans have not yet been performed.

In addition, *ex vivo* tests in human skin (Figure A below) demonstrate that NanoBio® Protect persists on skin up to 7x better than commercial products and aqueous solutions containing the same BZK antiseptic agent. In vivo studies conducted in human volunteers (Figure B below) demonstrate that a single application of NanoBio® Protect significantly increases skin hydration for at least 3 hours, as compared to common hand sanitizer products:

**Figure A**

*Ex vivo* levels of BZK (µg/g tissue) in
human abdominal skin following one application
(dose of 100 µl/cm², measured at 24 hours)



**Figure B**

Measured following 1mL application to
the arms of human volunteers



## Safety

NanoBio® Protect and similar NanoBio® formulations have been tested extensively in animal and human studies involving topical application to skin. These studies demonstrate that topical NanoBio® products are non-irritating and are not absorbed systemically. The products are alcohol-free and are comprised of nanodroplets that have been optimized to provide significant advantages when used as topical antiseptic products, without being absorbed through the skin and into the bloodstream.

NanoBio® Protect's active ingredient is 0.13% benzalkonium chloride, which is regulated by the FDA as a skin antiseptic and has been used in humans for over 75 years. Unlike alcohol-based products, NanoBio® Protect does not irritate or dry out the skin, and instead provides a moisturizing and comforting experience. The product should be applied with any cotton swab to the skin around the nose and up to one-half inch inside of each nostril where germs frequently enter the body.

## Peer-Reviewed Scientific Publications

Other scientific publications describe the extensive research conducted with topical NanoBio formulations, as listed below:

- *"A Nanoemulsion as an Effective Treatment Against Human Pathogenic Fungi". Therapeutics and Prevention. 2019, Nov/Dec 4:6*

- *"Screening of Nanoemulsion Formulations and Identification of NB-201 as an Effective Topical Antimicrobial for Staphylococcus aureus in a Mouse Model of Infected Wounds". Military Medicine. 2016, May: 181, 5S:259-264*

- *"Nanoemulsion Therapy for Burn Wounds Is Effective as a Topical Antimicrobial Against Gram-Negative and Gram-Positive Bacteria". Burn Care Res. 2016, March /April: 37(2); 104-114*

- *"Treatment With a Novel Topical Nanoemulsion (NB-001) Speeds Time to Healing of Recurrent Cold Sores". Drugs Dermatol. 2012 Aug; 11(8):970-7*

- *"In Vitro Antibacterial Activity of NB-003 against Propionibacterium acnes". Antimicrobial Agents And Chemotherapy, Sept. 2011,Vol. 55, No. 9, p. 4211–4217*

- *"Topical Nanoemulsion Therapy Reduces Bacterial Wound Infection And Inflammation After Burn Injury". Surgery. 2010*

- *"NB-002, A Novel Nanoemulsion With Broad Antifungal Activity Against Dermatophytes, Other Filamentous Fungi, And Candida Albicans". Antimicrobial Agents And Chemotherapy, Aug. 2009, Vol. 53, No. 8, p. 3273–3279*

- *"In Vitro Activities of a Novel Nanoemulsion against Burkholderia and Other Multidrug-Resistant Cystic Fibrosis-Associated Bacterial Species". Antimicrobial Agents And Chemotherapy, Jan. 2009, Vol. 53, No. 1, p. 249–255*

- *"The Fungicidal Activity Of Novel Nanoemulsion (X8W60PC) Against Clinically Important Yeast And Filamentous Fungi". Mycopathologia 155: 195–201, 2001*

- *"A Novel Surfactant Nanoemulsion With A Unique Non-Irritant Topical Antimicrobial Activity Against Bacteria, Enveloped Viruses And Fungi". Microbiol. Res. (200l) 156, l-7*

- *"Inactivation Of Ebola Virus With A Surfactant Nanoemulsion". Acta Tropica 87 (2003) 315/320*

- *"Antimicrobial Mechanism Of Action Of Surfactant Lipid Preparations In Enteric Gram-Negative Bacilli". Journal of Applied Microbiology 2000, 89, 397-403*

- *"Prevention of Murine Influenza A Virus Pneumonitis by Surfactant Nano-emulsions". Antiviral Chemistry & Chemotherapy, 2000, 11:41-49*

- *"A Novel Surfactant Nanoemulsion with Broad-Spectrum Sporicidal Activity Against Bacillus Species". The Journal of Infectious Diseases, 1999, 180:1939–49*

BlueWillow Biologics

2311 Green Road | Ann Arbor, Michigan 48105

Telephone: 734-302-4000 | Fax: 734-302-9150

© 2021 BlueWillow Biologics. All rights reserved. NanoVax and NanoBio are registered trademarks of BlueWillow Biologics. Site design by Nelson Creations.

# EXHIBIT 2

Protect

About ⌄    How it Works    Where to Buy    FAQs    Contact Us    **BUY NOW**



- Oil
- Benzalkonium chloride
- Non-ionic surfactant

**earn more about**
**NanoBio Protect**

NanoBio® Protect uses proprietary nanotechnology to deliver a common skin antiseptic in a new way. <u>Learn more about the research behind NanoBio Protect</u>

**How is nanotechnology used in NanoBio Protect?**    

NanoBio Protect works because of its patented nano-formulation. The product's unique, oil-based nanodroplets enhance the antiseptic's antimicrobial activity, optimizing its ability to kill germs on the skin. The nanodroplets are small enough to be effective on the skin, but too large to be absorbed into the bloodstream — creating a layer of lasting protection.

NanoBio Protect adds BZK antiseptic to the surface of nanodroplets. This technology offers four distinct advantages over conventional BZK antiseptics:

- The Nanodroplets optimize the ability of the antiseptic to kill germs.

- The droplets sit on skin after application, enabling protection for up to 8 hours (in lab testing).

- Dry skin allows germs to penetrate. Nanodroplets hydrate the skin, preventing dryness and cracking.

- When bound to the oil-based Nanodroplets, the antiseptic does not irritate the skin.

- When bound to the oil-based Nanodroplets, the antiseptic does not irritate the skin.

## Can you provide more detail on how the nano-technology works? 

NanoBio Protect is composed of positively-charged droplets that are 300-600nm in size. These droplets are attracted to negatively-charged germs on the skin. The nanodroplets deliver the antiseptic BZK to the surface of the germs where the germ is inactivated via membrane disruption.

Other conventional BZK antiseptics often combine BZK with water, causing crystallization. When crystallization occurs, it rapidly inactivates the antiseptic and can lead to skin irritation. But because each NanoBio Protect droplet carries a positive charge, the droplets repel each other — keeping the BZK molecules separated and preventing crystallization.

## Is nano-technology as used in this product safe? 

NanoBio® Protect uses proprietary nanotechnology to deliver a common skin antiseptic in a new way.







## Effectiveness

The nanodroplets are optimized for size and charge in order to maximize their germ-killing impact. The positively-charged droplets deliver the antiseptic to the negatively-charged germs on the skin, inactivating them via membrane disruption.

## Duration

NanoBio Protect's nanodroplets are positively charged, enabling them to stay active on the surface of the skin for significantly longer than common water-based BZK antiseptic solutions.

## Safety

NanoBio Protect's nanodroplets are small enough to reach germs that hide in the deep layers of skin, but big enough to prevent absorption through the skin into the bloodstream.

# EXHIBIT 3

**Determination of Surface Electrostatic Charge on Nasal Application Test Products**
**Test Conducted and Report Prepared by Alexei Ermakov; Ph. D. (Physics), Sr. Consultant**

## I.  TEST OBJECTIVE

The purpose of this test was to determine the magnitude (amount) of the surface electrostatic charge created by means of application of solution, serum, and spray containing permanently ionized molecules.

## II.  APPARATUS SETUP

The apparatus used in this electrostatic charge measurement of three nasal products comprised of a metal box containing a test sample spinner and a sensing electrode, which was connected to a Keithley Instruments 823 nano-volt amplifier (Figure 1).



**Figure 1**
*(Not to scale)*

In Figure 1, C and R indicate the capacitance and resistance of the input circuitry of the amplifier respectively. Input capacitance was measured to be 80 pF and input resistance was 50 MΩ.

The spinner box and the sensing electrode apparatus are shown in Figure 2.



**Figure 2**

The sensing electrode is made of 1.3 mm diameter copper wire. When the metal box top is in the closed position, the sensing electrode is about 1.5 mm above the sample surface.

## III. METHOD

Using the above mentioned apparatus, the amount of surface charge can be determined by means of measurement of induced image charges in the sensing electrode. The polarity of charge, i.e. cationic or anionic, was not the objective of this test measurement.

For each of the three nasal test products, a plain sheet of identical printer paper was used as a substrate. Each of these samples was prepared by coating the test product on 1-inch square substrate by a product under test. Three samples for each item/product were tested identically, an average calculated and recorded. Four items tested are shown in the Figure 3 below:

**Product Test Samples:**
1. Blank / Uncoated Substrate
2. TTK-APB / NasalGuard Airborne Particle Blocker (Gel)
3. TTK-NS / NasalGuard Misting Spray (Nasal Spray)
4. BW-NBP / Blue Willow NanoBio Protect (Solution for applications by a swab)



|   |   |   |   |
|---|---|---|---|
| *1. Blank* | *2. TTK-APB* | *3. TTK-NS* | *4. BW-NBP* |
| *Uncoated Substrate* | *NasalGuard Airborne Particle Blocker (Gel)* | *NasalGuard Misting Spray (Nasal Spray)* | *Blue Willow NanoBio Protect (Solution)* |

**Figure 3 – Samples which were used in test conducted on December 22, 2020**

Forceps were used every time each sample was placed onto and removed from the spinner. Each sample was carefully placed onto the spinner and the motor was switched 'On'. The metal box is then closed in order for the spinning sample to be within close distance (1.5 mm) below the copper sensing electrode.

During the sample spinning, treated and untreated surface repeatedly moved under the sensing electrode and the induced image creates an AC electrical current in the circuitry connected to the sensing electrode of the apparatus. The induced current is measured and is proportional to the surface electrostatic charge.

## IV. TEST RESULTS

The surface charge was calculated using the following formula:

$$Q = V*C/A$$

Where Q is charge per unit area, V is measured voltage on the sensing electrode, C is capacitance and A is the area of the sample under the sensing electrode.

The measured surface charges for the tested products are:

| Product / Trade Name | V Output (*) Volts | Amp Gain | V Electrode Volts | Charge Coulomb/in. sq. +/- (*) |
|---|---|---|---|---|
| Blank (Uncoated Substrate) | 0.7 +/- 0.10 | 100,000 | 7.0E-06 | 7.0E-15 +/- 3.0E-16 |
| | 0.7 +/- 0.10 | 100,000 | 7.0E-06 | 7.0E-15 +/- 3.0E-16 |
| | 0.6 +/- 0.10 | 100,000 | 6.0E-06 | 6.0E-15 +/- 3.0E-16 |
| Avg. | **0.7 +/- 0.10** | **100,000** | **7.0E-06** | **6.67E-15 +/- 3.0E-16** |
| NasalGuard Airborne Particle Blocker (Gel) TTK-APB | 1.1 +/- 0.10 | 10,000 | 1.1E-04 | 8.80E-14 +/- 3.0E-15 |
| | 0.72 +/- 0.10 | 10,000 | 7.2E-05 | 5.76E-14 +/- 3.0E-15 |
| | 1.3 +/- 0.10 | 10,000 | 1.3E-04 | 1.04E-13 +/- 3.0E-15 |
| Avg. | **1.04 +/- 0.10** | **10,000** | **1.0E-04** | **8.32E-14 +/- 3.0E-15** |
| NasalGuard Misting Spray (Nasal Spray) TTK-NS | 1.12 +/- 0.10 | 10,000 | 1.12E-04 | 8.96E-14 +/- 3.0E-15 |
| | 0.9 +/- 0.10 | 10,000 | 9.0E-05 | 7.20E-14 +/- 3.0E-15 |
| | 0.675 +/- 0.10 | 10,000 | 6.75E-05 | 5.40E-14 +/- 3.0E-15 |
| Avg. | 0.90 +/- 0.10 | **10,000** | **9.0E-05** | **7.19E-14** +/- 3.0E-15 |
| Blue Willow NanoBio Protect (Solution) BW-NBP | 0.07 +/- 0.10 | 10,000 | 7.0E-05 | 5.60E-14 +/- 3.0E-15 |
| | 0.58 +/- 0.10 | 10,000 | 5.8E-05 | 4.64E-14 +/- 3.0E-15 |
| | 0.35 +/- 0.10 | 10,000 | 3.5E-05 | 2.80E-14 +/- 3.0E-15 |
| Avg. | **0.54 +/- 0.10** | **10,000** | **5.4E-05** | **4.35E-14** +/- 3.0E-15 |

*(*) Indicates the approximate uncertainty of the value indicated in the column.*

## V. CONCLUSION

1) The test products i.e., Blank, NasalGuard Airborne Particle Blocker Gel, NasalGuard Misting Spray, and NanoBio Protect Solution, all demonstrated the presence of a surface electrostatic charge.

2) The surface electrostatic charge measured was determined to be approximately (in order of magnitude) similar in all three product samples tested.

**Signatures:**

(Alexei Ermakov)

# EXHIBIT 4

# SURFACE ELECTROSTATIC CHARGE EVALUATION OF NASAL APPLICATION PRODUCTS

## Technical Report

| | |
|---|---|
| Report Number (Test Order): | 337A |
| Report Version: | 1 |
| Report issue Date | January 18, 2021 |
| Customer Name: | Trutek Corp. |
| Purchase Order: | ETS01-21 |
| Sample Types: | As indicated within |
| Commercial/Military Requirement: | None, N/A |
| Test Performed by: | Shane Burns |
| Signature: | *Shane Burns* |
| Report Reviewed by: | *Troy Anthony* |
| Signature: | |

## Report Revision History

| Date | Report Version | Author | Comment |
|---|---|---|---|
| 01/18/2021 | 1 | Shane Burns | Original Release |

// Confidential // January 18, 2021
Report Number:337A Version No.: 1

Determination of Surface Electrostatic Charge

**ets**
electro-tech systems

Electro-Tech Systems, Inc.
www.electrotechsystems.com

Page 1 of 6

## I.   TEST OBJECTIVE

The purpose of this test was to determine the magnitude (amount) of surface electrostatic charge created by means of the application of solution and spray containing permanently ionized molecules.

## II.   TEST EQUIPMENT INFORMATION

The ETS Model 230 Nanocoulomb Meter is a battery powered instrument for measuring charge directly in nanoCoulombs (nC) when connected with ETS Model 231 – Faraday Cup.

In its lowest range setting, Model 230 can accurately measure electrostatic charge as low as 0.01nC @ 20 nC range.

After placing the product test sample into the Faraday Cup (Model 231), Model 230 nanocoulomb meter digital display indicates the electrostatic charge.

| Instrument(s) | Specification |
|---|---|
| Description | Precision Nanocoulomb Meter |
| Brand | Electro-Tech Systems |
| Model | 230 |
| Serial number | Lab unit |
| Last calibration date | 04/02/2020 |



**Model 230 – Nanocoulomb Meter**

// Confidential // January 18, 2021
Report Number:337A Version No.: 1

**Determination of Surface Electrostatic Charge**



Electro-Tech Systems, Inc.
www.electrotechsystems.com

Page 2 of 6

| Instrument(s) | Specification |
|---|---|
| Description | Faraday Cup, Inner cup dia.: 3.1" x 4.0" High |
| Brand | Electro-Tech Systems |
| Model | 231 |
| Serial number | Lab unit |
| Last calibration date | 04/02/2020 |



**Model 231 – Faraday Cup**
**Inner Cup Dia.: 3.1" dia. 4" H (80 x 102mm)**
**Overall Dimensions: 4" dia. 6" H (102 x 152mm)**

// Confidential // January 18, 2021
Report Number:337A Version No.: 1

**Determination of Surface Electrostatic Charge**

Electro-Tech Systems, Inc.
www.electrotechsystems.com

Page 3 of 6

III.   **SUBSTRATE PREP**

Real Pig Skin 12" x 12" was cut into 12 pieces of 4" x 3".



Each product test sample created was 4" x 3" rectangular uniformly coated with test product. After coating, test product was shaped into a circular cylinder of approximately 2" diameter x 3" high suitable for placing appropriately in Faraday cup (Model 231).

Total surface area of coated sample = 4" x 3" = 12 sq. inches = 12 sq. in x $2.54^2$ $cm^2/inch^2$ = 77.42 sq. cm.

All Testing was performed at controlled temperature of 72.0 ±2 degrees F, and 12% ± 2% Relative Humidity (RH) in the environmental room.

IV.   **METHODOLOGY**

i.   The test substrates were ionized with Simco Model No. Aerostat XC, Serial No. R125608 to neutralize existing charge and measured repeatedly to see how much the substrate material (real pig skin) would affect the result.

ii.   Before applying any test product sample, the substrate was neutralized again. This ensured that the substrate would not affect the measurement and the same base value is used.

iii.   Each solution and spray test product was coated utilizing a cotton swab with approximately 1.5 ml (1.0 ml minimum to 2.0 ml maximum measured by use of a

// Confidential // January 18, 2021          **Determination of Surface Electrostatic Charge**          Electro-Tech Systems, Inc.
Report Number:337A Version No.: 1                                                                www.electrotechsystems.com



Page 4 of 6

pipette) for a smooth and uniform application on to [three] substrate sample-pieces (real pig skin) utilizing different cotton swabs for different type of test product.

iv.    After waiting for 4 minutes (3 to 5 minutes) upon coating, while it was still moist, the coated substrates were placed in a Model 231 Faraday cup to accurately measure the charge of the coated product amount. Total electrostatic charge was measured in nC by ETS Model 230 as indicated on its digital display scale.

Product test samples:
1. TTK-NS; NasalGuard Misting Spray (Nasal Spray)
2. BW-NBP; BlueWillow NanoBio Protect (Solution)

## V.   <u>TESTING</u>

| No. | Product | Total Surface Electrostatic Charge (nC/±) | | | |
|---|---|---|---|---|---|
| | | Experiment 1 | Experiment 2 | Experiment 3 | <u>Average</u> |
| 1 | TTK-NS | 0.24 | 0.27 | 0.24 | 0.25 |
| 2 | BW-NBP | 0.85 | 0.09 | 0.35 | 0.43 |

*Note: Neutralized substrates' total electrostatic charge was measured at the beginning and at the end, (3) samples each, of the test. It was measured to have less than -0.07 nC in all cases, averaging only -0.023 nC.
It is, therefore, not a significant contributing factor to any charge measurements.

## VI.   <u>DATA RESULTS</u>

| No. | Product | Charge Per Square (nC/sq. cm.) |
|---|---|---|
| 1 | TTK-NS | 0.003 |
| 2 | BW-NBP | 0.006 |

Charge/sq. cm. = Average Total Charge ÷ 77.42

// Confidential // January 18, 2021
Report Number:337A Version No.: 1

**Determination of Surface Electrostatic Charge**

Electro-Tech Systems, Inc.
www.electrotechsystems.com

Page 5 of 6

## VII.    CONCLUSIONS

1.  The range of the total test product sample charge measured was as follows:

    i)    TTK-NS; NasalGuard Misting Spray (Nasal Spray): Range was between 0.24 and 0.27 and, the average charge was 0.25 nC.

    ii)   BW-NBP; BlueWillow NanoBio Protect (Solution): Range was between 0.09 and 0.85 and, the average charge was 0.43 nC.

2.  The two test products i.e., NasalGuard Misting Spray (Nasal Spray) and BlueWillow NanoBio Protect (Solution) both demonstrated the presence of a surface electrostatic charge of similar order of magnitude.

// Confidential // January 18, 2021
Report Number:337A Version No.: 1

**Determination of Surface Electrostatic Charge**

Electro-Tech Systems, Inc.
www.electrotechsystems.com

Page 6 of 6

# EXHIBIT 5

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF MICHIGAN**

**Stanley H. Kremen,**
**Attorney at Law**
**4 Lenape Lane**
**East Brunswick, New Jersey 08816**
**(732) 593-7294**
**Attorney for the Plaintiff**

| | |
|---|---|
| TRUTEK CORP.,<br>Plaintiff,<br><br>v.<br><br>BlueWillow Biologics, Inc.<br>ROBIN ROE 1 through 10, gender<br>neutral fictitious names, and ABC<br>CORPORATION 1 through 10 (fictitious<br>names).<br><br>Defendants. | CIVIL ACTION No. _____ |

## DECLARATION OF KEITH ALTMAN

I, Keith Altman, being of full age, hereby depose and say under penalties of perjury according to the laws of the United States and the State of Michigan:

1.    I am a resident of the State of Michigan.

2.    On January 31, 2021, I ordered one unit of NanoBio Nasal Antiseptic online from Amazon.com using my computer, which is located in the State of Michigan.  The Order Number is 112-1762892-7659450.   The shipping address is 30474 Fox Club Drive, Farmington Hills, MI 48331-1956.   Once my online order was completed and payment was made, I was informed that the product shipped the same day.  A copy of the sales receipt and invoice is attached hereto as Exhibit A.

//

1

3.      On February 1, 2021, I received the one unit of NanoBio Nasal Antiseptic that was apparently shipped to me from Amazon.com at the above address in Farmington Hills, Michigan.

I declare that the statements made by me above are true and that the exhibits attached hereto are genuine and are correctly described above.  I understand that I am subject to the penalties of perjury for false representations according to the laws of the United States and the State of Michigan.

Keith Altman

# EXHIBIT A



**Final Details for Order #112-1762892-7659450**

**Order Placed:** January 31, 2021
**Amazon.com order number:** 112-1762892-7659450
**Order Total:  $22.47**

| **Shipped on January 31, 2021** |
| --- |

| Items Ordered | Price |
| --- | --- |
| 1 of: *NanoBio Protect Nasal Antiseptic | Reduces the risk of respiratory infection | Kills 99.99% of Germs | 8 Hour Protection | Safe for Kids, Daily Use | Nasal Disinfectant | 40+ Uses | FSA/HSA eligible*<br>Sold by: BlueWillow Biologics (seller profile)<br>Condition: New | $21.20 |

| | |
| --- | --- |
| **Shipping Address:**<br>Keith Altman<br>30474 FOX CLUB DR<br>FARMINGTON HILLS, MI 48331-1956<br>United States | Item(s) Subtotal: $21.20<br>Shipping & Handling: $0.00<br>-----<br>Total before tax: $21.20<br>Sales Tax: $1.27<br>----- |
| **Shipping Speed:**<br>One-Day Shipping | **Total for This Shipment: $22.47**<br>----- |

| **Payment information** |
| --- |

| | |
| --- | --- |
| **Payment Method:**<br>Visa | Last digits: 3621 | Item(s) Subtotal: $21.20<br>Shipping & Handling: $0.00<br>----- |
| **Billing address**<br>Keith Altman<br>30474 FOX CLUB DR<br>FARMINGTON HILLS, MI 48331-1956<br>United States | Total before tax: $21.20<br>**Estimated Tax:** $1.27<br>-----<br>**Grand Total: $22.47** |
| **FSA or HSA eligible** | FSA or HSA eligible amount (includes taxes & shipping): $22.47 |

To view the status of your order, return to Order Summary .

Conditions of Use | Privacy Notice  © 1996-2020, Amazon.com, Inc.

# EXHIBIT B



# EXHIBIT 6

US008163802B2

(12) **United States Patent**
Wahi

(10) Patent No.: **US 8,163,802 B2**
(45) Date of Patent: **Apr. 24, 2012**

(54) **ELECTROSTATICALLY CHARGED MULTI-ACTING NASAL APPLICATION, PRODUCT, AND METHOD**

(75) Inventor: **Ashok Wahi**, Hillsborough, NJ (US)

(73) Assignee: **Trutek Corp.**, Hillsborough, NJ (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 316 days.

(21) Appl. No.: **12/467,271**

(22) Filed: **May 16, 2009**

(65) **Prior Publication Data**

US 2010/0004337 A1     Jan. 7, 2010

**Related U.S. Application Data**

(60) Provisional application No. 61/085,855, filed on Aug. 3, 2008, provisional application No. 61/078,478, filed on Jul. 7, 2008.

(51) **Int. Cl.**
*A61K 31/198* (2006.01)
*A61K 31/14* (2006.01)

(52) **U.S. Cl.** ........................................ **514/564**; 514/643

(58) **Field of Classification Search** ................. 514/564, 514/643; 128/206.11
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,071,015 | A | 8/1913 | Adler |
| 2,237,954 | A | 4/1941 | Wilson |
| 2,433,565 | A | 12/1947 | Korman |
| 2,751,906 | A | 10/1953 | Irvine |
| 2,777,442 | A | 1/1957 | Zelano |
| 3,145,711 | A | 8/1964 | Beber |
| 3,513,839 | A | 5/1970 | Vacante |
| 4,030,491 | A | 6/1977 | Mattila |
| 4,052,983 | A | 10/1977 | Bovender |
| 4,267,831 | A | 5/1981 | Aguilar |
| 4,401,117 | A | 8/1983 | Gershuny |
| 4,789,504 | A | 12/1988 | Ohmori et al. |
| 4,874,659 | A | 10/1989 | Ando et al. |
| 5,468,488 | A | 11/1995 | Wahi |
| 5,674,481 | A | 10/1997 | Wahi |
| 6,844,005 | B2 | 1/2005 | Wahi |
| 2003/0223934 | A1 | 12/2003 | Wahi |

*Primary Examiner* — Raymond Henley, III
(74) *Attorney, Agent, or Firm* — Stanley H. Kremen

(57) **ABSTRACT**

A product to reduce and method of reducing the risk of inhalation of harmful substances by applying a formulation composition to a substrate or the skin in close proximity of one or more nostrils. This formulation, when applied creates an electrostatic field having a charge. The electrostatic field attracts airborne particulates of opposite charge to the substrate that are in close proximity to the substrate close to the skin and a biocidic agent renders microorganisms coming in contact the substrate or skin less harmful.

**23 Claims, No Drawings**

US 8,163,802 B2

1

## ELECTROSTATICALLY CHARGED MULTI-ACTING NASAL APPLICATION, PRODUCT, AND METHOD

### CROSS REFERENCE TO RELATED APPLICATIONS

a) The Present application is the non-provisional counterpart of my pending U.S. Provisional Patent Application Ser. No. 61/085,555 (the '555 application) filed on Aug. 3, 2008 which is incorporated by reference in its entirety herein. The Present application claims the benefit of and priority to said '555 application.

b) The Present application is also the non-provisional counterpart of my pending U.S. Provisional Patent Application Ser. No. 61/078,478 (the '478 application) filed on Jul. 7, 2008 which is incorporated by reference in its entirety herein. The Present application claims the benefit of and priority to said '478 application.

c) The Present application is likewise related to my prior U.S. Provisional Patent Application Ser. No. 60/570,103 (the '103 application) filed on May 12, 2004 (now expired), and which is incorporated by reference in its entirety herein. The '478 application provides a virtually identical disclosure to the '103 application.

d) Furthermore, the Present application is related to my pending U.S. Provisional Application Ser. No. 61/078,472 filed on Jul. 7, 2008, which is incorporated by reference in its entirety herein.

e) The Present application is also related to my prior U.S. Provisional Patent Application Ser. No. 60/598,462 filed on Aug. 3, 2004 (now expired), and which is incorporated by reference in its entirety herein.

f) The Present application is additionally related to my U.S. Pat. No. 5,468,488, entitled "ELECTROSTATICALLY CHARGED NASAL APPLICATION PRODUCT AND METHOD" issued on Nov. 21, 1995. This patent is incorporated by reference in its entirety herein.

g) The Present application is further related to my U.S. Pat. No. 5,674,481, entitled "ELECTROSTATICALLY CHARGED NASAL TOPICAL APPLICATION PRODUCT" issued on Oct. 7, 1997. This patent is incorporated by reference in its entirety herein.

h) The Present application is moreover related to my U.S. Pat. No. 6,844,005 entitled "ELECTROSTATICALLY CHARGED NASAL APPLICATION PRODUCT WITH INCREASED STRENGTH" issued on Jan. 18, 2005. This patent is incorporated by reference in its entirety herein.

i) Finally, this application is furthermore related to US Non-Provisional Utility patent application Ser. No. 10/082,978 entitled "ELECTROSTATICALLY CHARGED NASAL APPLICATION PRODUCT WITH INCREASED STRENGTH" filed on Feb. 25, 2002. This patent application is incorporated by reference in its entirety herein.

### FIELD OF THE INVENTION

The Present Invention relates to the field of protective compositions against assault by various irritants and noxious substances as well as against assault by assorted microorganisms that typically gain entry into the body through the airway and/or nasal mucosa. The Present Invention also relates to anti-viral, anti-bacterial, and anti-microbial products and methods that involve the use of products heretofore developed for restricting the flow of airborne contaminants into the nasal passages by creating an electrostatic field in an area near about the nasal passages. This reduced the inflow of airborne

2

contaminants to the nasal passages by capturing the contaminants and keeping them from entering the body. In the present invention, these electrostatically charged nasal application products capture and hold the contaminants including viruses, bacteria, and other harmful microorganisms or toxic particulates, inactivate them dermally outside the body and render them harmless.

### BACKGROUND OF THE INVENTION

The nasal passages and nasal mucosa serve as body entry points for a wide variety of noxious and toxic substances. The body's immune system responds with certain relatively harmless irritants to the nasal passages and airways with reflex responses such as coughing and sneezing. This merely re-introduces the irritants into the environment. However, when the irritant comprises microorganisms, especially those that reproduce within the body and that are transmitted by coughing and sneezing, others may become infected. When a person feels a cough or a sneeze coming on, he merely covers his nose and mouth. However, if that person is contagious, this action does little to prevent others from also becoming infected. Furthermore, the use of a tissue or handkerchief for this purpose is extremely inefficient. This limits the protection of an individual from becoming infected or infecting others.

Other means of dealing with preventing inhalation of harmful or irritating substances or of infections agents include wearing facemasks to filter out these irritants. An example of this is the simple dust mask, typically found in the hardware store or medical supply store. However, even these are inadequate and inefficient. In many localities, during flu season, one can see a large number of people wearing these dust masks in public places. The dust masks are now known to be ineffective. Another example of this preventative method is the gas mask, which is more efficient than the dust mask. Yet, even gas masks are not highly efficient with respect to microscopic and sub-microscopic microorganisms. Furthermore, they are extremely cumbersome and cannot generally be used during normal day-to-day activities.

Patents such as U.S. Pat. No. 6,844,005 describe electrostatically charged compositions that may be applied externally in the vicinity of the nostril and attract oppositely charged materials that would otherwise be inhaled. However, those compositions simply create an electrostatic field that helps to filter out oppositely charged materials. While this action may offer suitable protection against particles that are inhaled passively, they suffer from the fact that they cannot completely deal with particulates that have their own internal means of overcoming the electrostatic forces, such as microorganisms that are motile within the air stream. Furthermore, actions by the person having those electrostatic compositions in the vicinity of the nostrils can sufficiently displace the offending particles or organisms, especially in such instances as blowing or wiping the nose, so that particles that were held captive by the former compositions could become dislodged, again set free, and be inhaled.

### OBJECTS OF THE INVENTION

It is therefore an object of the invention to provide a composition that can be readily applied to the exterior region around the nostril and/or slightly inside the edge of the nostril or near the vicinity of the source of release with method and compositions capable of capturing particulates and microorganisms.

US 8,163,802 B2

3

It is another object of the invention to have the capability to hold it for a duration from being dislodged in to the air stream again.

It is a further object of the invention to provide a composition that can be applied near the vicinity of the source of release or to the area around the exterior of and/or slightly inside the edge of the nostril that will inactivate, kill, or render harmless a microorganism, which has been captured and held by the composition.

It is yet another object of the invention to provide a composition that can be applied to a filter substrate for improving the substrates ability to trap and hold particulates and microorganisms and to simultaneously inactivate, kill, or render harmless the microorganisms so trapped. Such filter substrate could be placed in the close proximity of the skin near the path of inhalation, near the source of release of such particulates while the inhaler is at a distance or both.

It is still another object of the invention to provide a method of prophylactically preventing or of substantially reducing the risk of infection by an infectious agent without the utilization of ingested antiviral and/or antibacterial agents.

Yet other objects of the invention will be apparent to those of ordinary skill once having benefit of the instant disclosure. In all of the foregoing objects, the deficiencies of the previously mentioned prior art are overcome by the teachings of this invention.

SUMMARY OF THE INVENTION

These and other objects of the invention are unexpectedly achieved by an electrostatically charged composition having at least one polyquaternary quaternary compound in an aqueous or non-aqueous based formulation, which when applied to a surface, creates an electrostatic field such that oppositely charged airborne particulates (including microorganisms) in the vicinity of the surface are electrostatically trapped, held thereto and one or more of the microorganisms so captured is neutralized, killed, inactivated, and rendered harmless.

DETAILED DESCRIPTION OF THE INVENTION

The present invention relates to anti-microorganism, antiviral/anti-bacterial products and methods that involve the use of products that restrict the flow of airborne contaminants into the nasal passages by creating an electrostatic field in an area near about the nasal passages. Additionally, in the present invention, these electrostatically charged nasal application products are used to hold the contaminants including microorganisms, viruses, bacteria, and other harmful or toxic particulate outside the body and render them harmless.

Emergencies of Anthrax lead to the concept of avoidance of inhaling airborne microscopic and sub-microscopic contaminants. It is the intention of the Present Invention to filter and render harmless materials such as anthrax spores, human corona virus, smallpox virus, influenza virus, avian flu virus, swine flu virus, rhino virus, and other biological or chemical elements/toxins/irritants, and the like, prior to their entering the nasal passages.

Airborne microorganisms are a major cause of respiratory ailments in humans, causing allergies, asthma, and pathogenic infections of the respiratory tract. Airborne fungal spores are also important agents that spread diseases. Respiratory diseases cause many fatalities and are a cause of great concern. During a sneeze, millions of tiny droplets of water and mucus are expelled at a high velocity. The droplets con-

4

tain viral particles and/or bacteria. This is a means of transmission of several diseases by inhaled airborne particles as follows:

| VIRAL DISEASES (virus type in brackets) | BACTERIAL DISEASES (bacterial name in brackets) |
| --- | --- |
| Chickenpox (Varicella) | Whooping cough (*Bordetella pertussis*) |
| Flu (Influenza) | Meningitis (*Neisseria* species) |
| Measles (Rubeola) | Diphtheria (*Corynebacterium diphtheriae*) |
| German measles (Rubella) | |
| Mumps (Mumps) | Pneumonia (*Mycoplasma pneumoniae*, *Streptococcus* species) |
| Smallpox (Variola) | |
| SARS (Human Corona) | Tuberculosis (*Mycobacterium tuberculosis*) |
| | Anthrax (*Anthracsis* bacterium) |

Diseases caused by environmental particulates include, but are not limited to the following:

| ENVIRONMENTAL PARTICULATE DISEASES | SOURCE |
| --- | --- |
| Psittacosis (*Chlamydia psittaci*) | Dried, powdery droppings from infected birds (parrots, pigeons, etc.) |
| Legionnaire's disease (*Legionella pneumophila*) | Droplets from air-conditioning systems, water storage tanks, etc., where the fixture grows. |
| Acute allergic alveolitis (various fungal and actinomycete spores) | Fungal or actinomycete spores from decomposing organic matter (composts, grain stores, hay, etc.) |
| Aspergillosis (*Aspergillus fumigatus*, *A. flavus*, *A. niger*) | Fungal spores inhaled from decomposing organic matter. |
| Histoplasmosis (*Histoplasma capsulatum*) | Spores of the fungus, in old, weathered bat or bird droppings. |
| Coccidioidomycosis (*Coccidioides immitis*) | Spores in air-blown dust in desert regions (Central, South and North America) where the fungus grows in the soil. |

To accomplish the present invention, a formulation having at least one polyquaternary ammonium compound is prepared, such compounds, alone or together capable of creating an electrostatic field on and around a surface to which it is applied, including surfaces such as skin, textile (woven and non-woven), and hard surfaces, such as floors, walls, wood, metal, plastic, etc. The formulation is generally aqueous based, but may include non-aqueous solvents used which are compatible with the other formulation components and the application surface to which it is applied. Preferably, the formulation is an aqueous formulation. In addition to the polyquaternary ammonium compound, the composition includes at least. Furthermore, the composition may contain, but is not required to contain various thickeners, gellants, fragrances, colorants, emollients, humectants, and generally other suitable components that are compatible with the end use application and the other components of the formulations. Thus, a composition of the invention that is intended to be applied to a filter substrate that is perhaps used as a mask with an additional liner between a user and the filter substrate may utilize materials that would not be compatible with direct contact with skin, although it is preferable that all of the components are compatible with direct application to the skin as a means of limiting reaction due to inadvertent contact between the composition and the skin.

A formulation of the invention comprises:
water,
at least one quaternary thickener,

US 8,163,802 B2

**5**

a preservative,

a conditioner,

an emulsifier,

a biocidic agent, and

a neutralizing agent added to adjust and achieve a pH in the range of 5.0 to 6.8.

It may further comprise without limitation a combination of the following:

a surfactant,

a thickener,

an emollient,

a humectant, and

a binder.

In an exemplary embodiment of such a formulation, a quaternary thickener may comprise without limitation, at least one of the following:

Polyquaternium-10

Polyquaternium-22

Polyquaternium-67

Polyquaternium-70

Polyquaternium-72

Polyquaternium-88

Cocodimonium Hydroxypropyl Hydrolyzed Keratin

Hydroxypropyltrimonium Wheat Protein

Benzalkonium Chloride may also serve the same function, but it is also a cationic agent as well as a biocide. Another biocide that may be used is Lysine HCL.

In an exemplary embodiment of such a formulation, an emulsifier may comprise without limitation, at least one of the following:

Cetyl Alcohol (which can also serve as a thickener)

Cetearyl Alcohol

Glyceryl Stearate

Ceteareth-20

PEG-40 Stearate

Dicetyl Phosphate

Ceteth-10 Phosphate

In an exemplary embodiment of such a formulation, the emollient may be Isocetyl Behenate without limitation. The thickener may be Cetyl Alcohol or Stearyl Alcohol without limitation.

In an exemplary embodiment of such a formulation, a preservative may comprise without limitation, at least one of the following:

Phenoxyethanol;

Methylparaben;

Butylparaben;

Ethylparaben;

Propylparaben;

Isobutylparaben.

Examples of typical formulations found to be effective appear in the ten tables that follow. Percentages are given by weight.

### TABLE 1

| Ingredient | Percent Range | Function |
|---|---|---|
| Water | 62%-80% | Solvent, Moisturizer |
| Gluconolactone, Sodium Benzoate | 1% | Preservative |
| Lysine HCL | 1% | Conditioner |
| Polyquaternium - 67 | 3%-6% | Conditioner |
| Octoxynol - 9 | 2%-5% | Surfactant |
| Polyquaternium - 72 | 6%-10% | Conditioner |
| Polyquaternium - 70 | 0.5%-1% | Conditioner |
| Dipropylene Glycol | | |
| Isocetyl Behenate | 4%-6% | Emollient |

**6**

### TABLE 1-continued

| Ingredient | Percent Range | Function |
|---|---|---|
| Stearyl Alcohol | 1%-3% | Thickener |
| Cetyl Alcohol | 0.25%-1% | Thickener |
| Ceteareth - 20, PEG - 40 Stearate, Cetearyl Alcohol | 1%-2% | Emulsifier |
| Water, Hydrolyzed Algin | 0.5%-1.5% | Conditioner |
| Hydrolized Soy Protein | 0.25%-1% | Conditioner |

### TABLE 2

| Ingredient | Percent Range | Function |
|---|---|---|
| Water | 72%-88% | Solvent, Moisturizer |
| Phenoxyethanol Methylparaben, Propylparaben, Butylparaben, Ethylparaben, Isobutylparaben | 1% | Preservative |
| Lysine HCL | 1% | Conditioner, Biocide |
| Polyquaternium - 67 | 3%-6% | Conditioner, Quaternary |
| Nonoxynol - 10 | 2%-4% | Surfactant |
| Cocodimonium Hydroxypropyl Hydrolyzed Keratin | 0.5%-2% | Conditioner, Quaternary |
| Polyquaternium - 72 | 0.5%-2% | Conditioner, Quaternary |
| Polyquaternium - 88 | 1%-4% | Conditioner, Quaternary |
| Cetearyl Alcohol, Glyceryl Stearate Emulsifier, PEG - 40 Stearate, Ceteareth - 20 | 1%-4% | Emulsifier |
| Cetearyl Alcohol, Dicetyl Phosphate, Ceteth - 10 Phosphate | 0.5% | Emulsifier |
| Benzalkonium Chloride | 0.25%-1% | Cationic, Quaternary, Biocide |
| Hydroxypropyltrimonium Wheat Protein | 1% | Conditioner, Quaternary |
| Sodium Hydroxide | 0.01%-0.05% | Neutralizing Agent |

### TABLE 3

| Ingredient | Percent Range | Function |
|---|---|---|
| Water | 67%-87% | Solvent, Moisturizer |
| Phenoxyethanol, Methylparaben, Propylparaben, Butylparaben, Ethylparaben, Isobutylparaben | 1% | Preservative |
| Lysine HCL | 1% | Conditioner, Biocide |
| Polyquaternium - 67 | 3%-7% | Conditioner, Quaternary |
| Polyquaternium - 72 | 3%-7% | Conditioner, Quaternary |
| Cocodimonium Hydroxypropyl Hydrolyzed Keratin | 1%-4% | Conditioner, Quaternary |
| Polyquaternium - 88 | 1%-4% | Conditioner, Quaternary |
| Cetyl Alcohol | 1.5%-2.5% | Thickener |
| Cetearyl Alcohol, Glyceryl PEG - 40 Stearate, Ceteareth - 20 | 1%-4% | Emulsifier |
| Benzalkonium Chloride | 0.25%-1% | Cationic, Quaternary, Biocide |
| Hydroxypropyltrimonium Wheat Protein | 1% | Conditioner, Quaternary |
| Sodium Hydroxide | .025%-.075% | Neutralizing Agent |

US 8,163,802 B2

**7**

### TABLE 4

| Ingredient | Percent Range | Function |
|---|---|---|
| Water | 71%–83% | Solvent, Moisturizer |
| Phenoxyethanol, Methylparaben, Propylparaben, Butylparaben, Ethylparaben, Isobutylparaben | 1% | Preservative |
| Lysine HCL | 1% | Conditioner, Biocide |
| Polyquaternium - 67 | 4%–6% | Conditioner, Quaternary |
| Polyquaternium - 72 | 4%–6% | Conditioner, Quaternary |
| Cocodimonium Hydroxypropyl Hydrolyzed Keratin | 2%–4% | Conditioner, Quaternary |
| Polyquaternium - 88 | 1%–3% | Conditioner, Quaternary |
| Cetyl Alcohol | 2% | Thickener |
| Cetearyl Alcohol, Glyceryl Stearate, PEG - 40 Stearate, Ceteareth - 20 | 1%–3.5% | Emulsifier |
| Benzalkonium Chloride | 0.25%–1% | Cationic, Quaternary, Biocide |
| Hydroxypropyltrimonium Wheat Protein | 1% | Conditioner, Quaternary |
| Sodium Hydroxide | .025%–.075% | Neutralizing Agent |

### TABLE 5

| Ingredient | Percent Range | Function |
|---|---|---|
| Water | 73%–85% | Solvent, Moisturizer |
| Phenoxyethanol, Methylparaben, Propylparaben, Butylparaben, Ethylparaben, Isobutylparaben | 1% | Preservative |
| Lysine HCL | 1% | Conditioner, Biocide |
| Polyquaternium - 67 | 2%–3% | Conditioner, Quaternary |
| Polyquaternium - 72 | 4%–6% | Conditioner, Quaternary |
| Cocodimonium Hydroxypropyl Hydrolyzed Keratin | 2%–4% | Conditioner, Quaternary |
| Polyquaternium - 88 | 1%–3% | Conditioner, Quaternary |
| Cetyl Alcohol | 2% | Thickener |
| Cetearyl Alcohol, Glyceryl Stearate, PEG - 40 Stearate, Ceteareth - 20 | 1%–3% | Emulsifier |
| Benzalkonium Chloride | 0.25%–1% | Cationic, Quaternary, Biocide |
| Hydroxypropyltrimonium Wheat Protein | 1% | Conditioner, Quaternary |
| Sodium Hydroxide | 0.05%–0.75% | Neutralizing Agent |

### TABLE 6

| Ingredient | Percent Range | Function |
|---|---|---|
| Water | 69%–85% | Solvent, Moisturizer |
| Phenoxyethanol, Methylparaben, Propylparaben, Butylparaben, Ethylparaben, Isobutylparaben | 1% | Preservative |
| Lysine HCL | 1% | Conditioner, Biocide |
| Polyquaternium - 10 | 0.25%–0.85% | Conditioner, Quaternary |
| Polyquaternium - 67 | 1.5%–3.5% | Conditioner, Quaternary |
| Polyquaternium - 72 | 4%–6% | Conditioner, Quaternary |
| Cetyl Alcohol | 1%–3% | Thickener |
| Cocodimonium Hydroxypropyl Hydrolyzed Keratin | 2%–4% | Conditioner, Quaternary |
| Polyquaternium - 88 | 1%–3% | Conditioner, Quaternary |
| Polyquaternium - 22 | 1%–3% | Conditioner, Quaternary |

**8**

### TABLE 6-continued

| Ingredient | Percent Range | Function |
|---|---|---|
| Cetearyl Alcohol, Glyceryl Stearate, PEG - 40 Stearate, Ceteareth - 20 | 1%–3% | Emulsifier |
| Benzalkonium Chloride | 0.25%–1% | Conditioner, Quaternary, Biocide |
| Hydroxypropyltrimonium Wheat Protein | 1% | Conditioner, Quaternary |
| Sodium Hydroxide | 0.05%–0.75% | Neutralizing Agent |

### TABLE 7

| Ingredient | Percent Range | Function |
|---|---|---|
| Water | 67%–86% | Solvent, Moisturizer |
| Phenoxyethanol, Methylparaben, Butylparaben, Ethylparaben, Isobutylparaben | 1% | Preservative |
| Lysine HCL | 1% | Conditioner, Biocide |
| Polyquaternium - 10 | 1%–4% | Conditioner, Quaternary |
| Polyquaternium - 67 | 1%–4% | Conditioner, Quaternary |
| Polyquaternium - 72 | 0.5%–1.5% | Conditioner, Quaternary |
| Cocodimonium Hydroxypropyl Hydrolized Keratin | 0.5%–1.5% | Conditioner, Quaternary |
| Microcare Quat CTC 30 | 1%–3% | Conditioner, Quaternary |
| Polyquaternium - 88 | 1%–3% | Conditioner, Quaternary |
| Polyquaternium - 22 | 1%–3% | Conditioner, Quaternary |
| Cetyl Alcohol | 3%–5% | Thickener |
| Cetearyl Alcohol, Glyceryl Stearate, PEG - 40 Stearate, Ceteareth - 20 | 2%–3% | Emulsifier |
| Benzalkonium Chloride | 0.25%–1% | Conditioner, Quaternary, Biocide |
| Hydroxypropyltrimonium Wheat Protein | 1% | Conditioner, Quaternary |
| Sodium Hydroxide | 0.05%–0.1% | Neutralizing Agent |

### TABLE 8

| Ingredient | Percent Range | Function |
|---|---|---|
| Water | 58%–74% | Solvent, Moisturizer |
| Phenoxyethanol, Methylparaben, Propylparaben, Butylparaben, Ethylparaben, Isobutylparaben | 1% | Preservative |
| Lysine HCL | 1% | Conditioner, Biocide |
| Glycerin | 10% | Humectant |
| Glyceryl Acetate/Acrylic Acid Copolymer | 1% | Conditioner, Humectant |
| Polyquaternium - 10 | 1%–4% | Conditioner, Quaternary |
| Polyquaternium - 67 | 1%–3% | Conditioner, Quaternary |
| Polyquaternium - 72 | 0.5%–1.5% | Conditioner, Quaternary |
| Cocodimonium Hydroxypropyl Hydrolyzed Keratin | 0.5%–1.5% | Conditioner, Quaternary |
| Cetrimonium Chloride | 1%–3% | Conditioner, Quaternary |
| Polyquaternium - 88 | 1%–3% | Conditioner, Quaternary |
| Polyquaternium - 22 | 1%–3% | Conditioner, Quaternary |
| Cetyl Alcohol | 4% | Thickener |
| Cetearyl Alcohol, Glyceryl Stearate, PEG - 40 Stearate, Ceteareth - 20 | 2%–3% | Emulsifier |
| Polybutene | 4% | Binder |
| Benzalkonium Chloride | 0.25%–1% | Conditioner, Quaternary, Biocide |

US 8,163,802 B2

<table>
<tr><td>9</td><td></td><td></td></tr>
</table>

TABLE 8-continued

| Ingredient | Percent Range | Function |
|---|---|---|
| Hydroxypropyltrimonium Wheat Protein | 1% | Conditioner, Quaternary |
| Sodium Hydroxide | .05%-0.1% | Neutralizing Agent |

TABLE 9

| Ingredient | Percent Range | Function |
|---|---|---|
| Water | 54%-73% | Solvent, Moisturizer |
| Phenoxyethanol, Methylparaben, Propylparaben, Butylparaben, Ethylparaben, Isobutylparaben | 1% | Preservative |
| Lysine HCL | 1% | Conditioner, Biocide |
| Glycerin | 8% | Humectant |
| Glyceryl Acetate/Acrylic Acid Copolymer | 1% | Conditioner, Humectant |
| Polyquaternium - 10 | 1%-4% | Conditioner, Quaternary |
| Polyquaternium - 67 | 1%-4% | Conditioner, Quaternary |
| Polyquaternium - 72 | 0.5%-2% | Conditioner, Quaternary |
| Cocodimonium Hydroxypropyl Hydrolyzed Keratin | 0.5%-2% | Conditioner, Quaternary |
| Cetrimonium Chloride | 1%-3% | Conditioner, Quaternary |
| Polyquaternium - 88 | 1%-3% | Conditioner, Quaternary |
| Polyquaternium - 22 | 1%-3% | Conditioner, Quaternary |
| Cetyl Alcohol | 4% | Thickener |
| Cetearyl Alcohol, Glyceryl Stearate, PEG - 40 Stearate, Ceteareth - 20 | 2%-3% | Emulsifier |
| Polybutene | 3%-4% | Binder |
| Benzalkonium Chloride | 0.25%-1% | Conditioner, Quaternary, Biocide |
| Hydroxypropyltrimonium Wheat Protein | 1% | Conditioner, Quaternary |
| Sodium Hydroxide | 0.05%-0.1% | Neutralizing Agent |

TABLE 10

| Ingredient | Percent Range | Function |
|---|---|---|
| Water | 52%-71% | Solvent, Moisturizer |
| Phenoxyethanol, Methylparaben, Propylparaben, Butylparaben, Ethylparaben, Isobutylparaben | 1% | Preservative |
| Lysine HCL | 1% | Conditioner, Biocide |
| Glycerin | 9% | Humectant |
| Glyceryl Acetate/Acrylic Acid Copolymer | 1% | Conditioner, Humectant |
| Polyquaternium - 10 | 1%-3.5% | Conditioner, Quaternary |
| Polyquaternium - 67 | 1%-3% | Conditioner, Quaternary |
| Polyquaternium - 72 | 0.5%-2% | Conditioner, Quaternary |
| Cocodimonium Hydroxypropyl Hydrolyzed Keratin | 0.5%-2% | Conditioner, Quaternary |
| Cetrimonium Chloride | 1%-3% | Conditioner, Quaternary |
| Polyquaternium - 88 | 1%-3% | Conditioner, Quaternary |
| Polyquaternium - 22 | 1%-3% | Conditioner, Quaternary |
| Cetyl Alcohol | 4% | Thickener |
| Cetearyl Alcohol, Glyceryl Stearate, PEG - 40 Stearate, Ceteareth - 20 | 1%-4% | Emulsifier |
| Polybutene | 5%-6% | Binder |
| Benzalkonium Chloride | 0.25%-1% | Conditioner, Quaternary, Biocide |
| Hydroxypropyltrimonium | 1% | Conditioner, Quaternary |

<table>
<tr><td>10</td><td></td><td></td></tr>
</table>

TABLE 10-continued

| Ingredient | Percent Range | Function |
|---|---|---|
| Wheat Protein Sodium Hydroxide | 0.05%-0.1% | Neutralizing Agent |

All of the formulations described in TABLE 1-10 representing various embodiments of the Present Invention operate in the manner that was disclosed herein. The same results may be achieved by varying the percentages for the active and inactive ingredients. Varying the percentages for the active ingredients affects the potency of the formulation. Varying the percentages for the inactive ingredients affects the consistency of the formulation. The desired results may be achieved by varying the ingredients and their amounts by those skilled in the art without undue experimentation.

I claim:

**1**. A method for electrostatically inhibiting harmful particulate matter from infecting an individual through nasal inhalation wherein a formulation is applied to skin or tissue of nasal passages of the individual in a thin film, said method comprising:

a) electrostatically attracting the particulate matter to the thin film;

b) holding the particulate matter in place by adjusting the adhesion of the thin film to permit said thin film to stick to the skin or tissue and by adjusting the cohesion of the formulation to provide adequate impermeability to the thin film; and,

c) inactivating the particulate matter by adding at least one ingredient that would render said particulate matter harmless.

**2**. A formulation for electrostatically inhibiting harmful particulate matter from infecting an individual through nasal inhalation wherein the formulation is applied to skin or tissue of nasal passages of the individual in a thin film, said formulation comprising at least one cationic agent and at least one biocidic agent, and wherein said formulation, once applied:

a) electrostatically attracts the particulate matter to the thin film;

b) holds the particulate matter in place by adjusting the adhesion of the thin film to permit said thin film to stick to the skin or tissue and by adjusting the cohesion of the formulation to provide adequate impermeability to the thin film; and,

c) inactivates the particulate matter and renders said particulate matter harmless.

**3**. The formulation of claim **2** wherein the at least one cationic agent is a polymeric quaternary ammonium compound.

**4**. The formulation of claim **3** wherein the at least one polymeric quaternary ammonium compound is taken from the group consisting of:

Polyquaternium-10,
Polyquaternium-22,
Polyquaternium-67,
Polyquaternium-70,
Polyquaternium-72, and
Polyquaternium-88.

**5**. The formulation of claim **2** wherein the at least one cationic agent is Cocodimonium Hydroxypropyl Hydrolyzed Keratin or Hydroxypropyltrimonium Wheat Protein.

**6**. The formulation of claim **2** wherein the at least one cationic agent is Benzalkonium Chloride.

**7**. The formulation of claim **2** wherein the at least one biocidic agent is Benzalkonium Chloride or Lysine HCL.

US 8,163,802 B2

11

**8**. A formulation for electrostatically inhibiting harmful particulate matter from infecting an individual through nasal inhalation wherein the formulation is applied to skin or tissue of nasal passages of the individual in a thin film, said formulation comprising:

a) at least one biocidic agent, and

b) at least one quaternary thickener.

**9**. The formulation of claim **8** wherein the at least one biocidic agent is Benzalkonium Chloride or Lysine HCL.

**10**. The formulation of claim **8** wherein the at least one quaternary thickener is taken from the group consisting of:

Polyquaternium-10,

Polyquaternium-22,

Polyquaternium-67,

Polyquaternium-70,

Polyquaternium-72, and

Polyquaternium-88.

**11**. The formulation of claim **8** wherein the at least one cationic agent is Cocodimonium Hydroxypropyl Hydrolyzed Keratin or Hydroxypropyltrimonium Wheat Protein.

**12**. The formulation of claim **8** wherein the at least one cationic agent is Benzalkonium Chloride.

**13**. The formulation of claim **8** further comprising:

a) water,

b) a preservative,

c) a conditioner, and

d) an emulsifier.

**14**. The formulation of claim **13** further comprising a neutralizing agent added to adjust a pH in the range of 5.0 to 6.8.

**15**. The formulation of claim **13** further comprising a surfactant.

**16**. The formulation of claim **13** further comprising a thickener.

12

**17**. The formulation of claim **13** further comprising an emollient.

**18**. The formulation of claim **13** further comprising a humectant.

**19**. The formulation of claim **13** further comprising a binder.

**20**. The formulation of claim **13** wherein the preservative is taken from the group consisting of:

Phenoxyethanol,

Methylparaben,

Butylparaben,

Ethylparaben, and

Isobutylparaben.

**21**. The formulation of claim **13** wherein the emulsifier is taken from the group consisting of:

Cetyl Alcohol,

Cetearyl Alcohol,

Glyceryl Stearate,

Ceteareth-20,

PEG-40 Stearate,

Dicetyl Phosphate,

Ceteth-10 Phosphate.

**22**. The formulation of claim **16** wherein the thickener is Cetyl Alcohol or Stearyl Alcohol.

**23**. The formulation of claim **13** wherein:

a) the amount of water ranges from 54% to 90% by weight

b) the amount of the quaternary thickener ranges from 0.5% to 5.0% by weight,

c) the amount of biocidic agent ranges from 0.25% to 2% by weight,

d) the amount of emulsifier ranges from 0.5% to 4% by weight.

\* \* \* \* \*

# EXHIBIT 7

Exhibit 7
to be filed under
SEAL