UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Trutek Corp.,

                Plaintiff(s),

v.                                               Case No. 2:21−cv−10312−SJM−RSW
                                               Hon. Stephen J. Murphy

BlueWillow Biologics, Inc., et al.,

                Defendant(s),

## NOTICE TO APPEAR

   You are hereby notified to appear before District Judge Stephen J. Murphy, III at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 216, Detroit, Michigan, for the following proceeding(s):

- MARKMAN HEARING:  November 15, 2022 at 01:30 PM

### Certificate of Service

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                      By: s/D Parker
                                                           Case Manager

Dated:   November 1, 2022