# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

TRUTEK CORP.,

    Plaintiff,

v.                                          Case No. 2:21-cv-10312

BLUEWILLOW BIOLOGICS, INC.;     Hon. Stephen J. Murphy, III
ROBIN ROE 1 through 10 (fictitious     Mag. R. Steven Whalen
names); ABC CORPORATION 1
through 10 (fictitious names).

    Defendants.

## NOTICE OF BLUEWILLOW BIOLOGICS, INC.'S SUBMISSIONS AT NOVEMBER 15, 2022 HEARING

PLEASE TAKE NOTICE that the exhibits attached hereto were submitted at the November 15, 2022 hearing in the above captioned matter in support of Defendant BlueWillow Biologics, Inc.'s indefiniteness and claim construction arguments and briefing.

Dated: November 16, 2022　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**FOLEY & LARDNER LLP**

　　　　　　　　　　　　　　　　　　/s/　*Alan J. Gocha*
　　　　　　　　　　　　　　　　　　Nicholas J. Ellis (P73174)
　　　　　　　　　　　　　　　　　　Alan J. Gocha (P80972)
　　　　　　　　　　　　　　　　　　500 Woodward Avenue, Suite 2700
　　　　　　　　　　　　　　　　　　Detroit, MI 48226-3489
　　　　　　　　　　　　　　　　　　Telephone: 313.234.7100
　　　　　　　　　　　　　　　　　　Facsimile: 313.234.2800

　　　　　　　　　　　　　　　　　　Liane M. Peterson
　　　　　　　　　　　　　　　　　　3000 K Street NW, Suite 600
　　　　　　　　　　　　　　　　　　Washington, DC 20007
　　　　　　　　　　　　　　　　　　Telephone: 202.672.5300
　　　　　　　　　　　　　　　　　　Facsimile: 202.672.5399

　　　　　　　　　　　　　　　　　　*Attorneys for Defendant/Counter-Plaintiff BlueWillow Biologics, Inc.*

## **CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that on **November 16, 2022**, I electronically filed the foregoing paper and accompanying exhibits with the Clerk of the Court using the ECF system, which will provide electronic copies to counsel of record.

/s/  *Alan J. Gocha*
Alan J. Gocha