# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| TRUTEK CORP., | Case No. 2:21-cv-10312 |
| Plaintiff, | Hon. Stephen J. Murphy, III |
| | Mag. R. Steven Whalen |
| v. | |
| BLUEWILLOW BIOLOGICS, INC., et. al. | |
| Defendants. | |

## NOTICE OF PLAINTIFF TRUTEK CORPORATION'S SUBMISSIONS AT NOVEMBER 15, 2022 HEARING

PLEASE TAKE NOTICE that the exhibits attached hereto were submitted at the November 15, 2022 Court hearing in the above-captioned matter in support of Plaintiff Trutek Corporation's claim construction arguments and briefing.

Dated: November 17, 2022          Respectfully Submitted,

/s/ *Stanley H. Kremen*
Stanley H. Kremen, Esq.
4 Lenape Lane
East Brunswick, NJ 08816
Tel: (732) 593-7294
Fax: (732) 312-5218
shk@shk-dplc.com

/s/ Keith Altman

Keith Altman, Esq.
Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
Tel: (987) 987-8929
*keithaltman@kaltmanlaw.com*

*Attorneys for Plaintiff, Trutek Corp.*

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUTEK CORP.,                         Case No. 2:21-cv-10312

       Plaintiff,           Hon. Stephen J. Murphy, III

v.

BLUEWILLOW BIOLOGICS,
INC., et. al.

       Defendants.

## CERTIFICATE OF SERVICE

I certify that on November 17, 2022, I served the foregoing document and accompanying exhibits upon all parties herein by filing copies of same using the ECF System.

Keith Altman, Esq.
Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (987) 987-8929
keithaltman@kaltmanlaw.com

*Attorneys for the Plaintiff*