UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUTEK CORP.,

    Plaintiff/Counter-Defendant,

v.

BLUEWILLOW BIOLOGICS, INC.,

    Defendant/Counter-Plaintiff.

_____/

Case No. 2:21-cv-10312

HONORABLE STEPHEN J. MURPHY, III

## STIPULATED ORDER EXTENDING SCHEDULING DEADLINES

**IT IS HEREBY STIPULATED** by the parties, by and through their respective undersigned counsel, that subject to the approval of the Court, the dispositive motion deadline shall be **CONTINUED** to January 23, 2023. The extension shall allow the parties to more efficiently litigate the present case while allowing lead counsel for the Plaintiff, Stanley H. Kremen Esq., to receive treatment for an urgent medical issue in the interim.

    **SO ORDERED.**

                                            s/ Stephen J. Murphy, III
                                            STEPHEN J. MURPHY, III
                                            United States District Judge

Dated: November 30, 2022

Respectfully submitted,

**It is so stipulated.**
Dated: November 29, 2022

Respectfully Submitted,

/s/ *Stanley H. Kremen*
Stanley H. Kremen, Esq.
4 Lenape Lane
East Brunswick, New Jersey 08816
Telephone: (732) 593-7294
shk@shk-dplc.com
shklaw@kremen.us
*Attorney for Plaintiff*

Keith Altman, Esq.
The Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com
*Attorney for Plaintiff*

**It is so stipulated.**
Dated: November 29, 2022

By: /s/ *Alan J. Gocha (w/ permission)*
Alan J. Gocha
FOLEY & LARDNER, LLP
500 Woodward Avenue, Suite 2700
Detroit, Michigan 48226
Telephone: (313) 234-7100

**It is so stipulated.**
Dated: November 29, 2022

By: /s/ *Liane M. Peterson (w/ permission)*
Liane M. Peterson
FOLEY & LARDNER, LLP
3000 K Street NW
Washington D.C. 48226
Telephone: (202) 672-5300