UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUTEK CORP.,

                Plaintiff,

v.

BLUEWILLOW BIOLOGICS, INC., et al.,

                Defendants.

_____/

Case No. 2:21-cv-10312

HONORABLE STEPHEN J. MURPHY, III

## <u>STIPULATED ORDER EXTENDING DEADLINES AND PAGE LIMITS</u>

This matter having come before the Court upon the stipulation of the parties and the Court being otherwise advised in the premises:

**WHEREAS**, the deadline for the parties to complete mediation is extended to March 15, 2023.

**WHEREAS**, the deadline to file summary judgment motions is extend to March 29, 2023.

**WHEREAS**, the page limit for briefs in support of motions for summary judgment motions and oppositions thereto is extended to 40 pages.

1

**IT IS HEREBY ORDERED THAT** the parties must complete mediation by **March 15, 2023**, file summary judgment motions by **March 29, 2023**, and briefs in support of summary judgment motions and oppositions thereto are limited to **40** pages.

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: January 23, 2023

Stipulated and approved as to form and substance:

/s/  *Stanley H. Kremen (w/permission)*
Stanley H. Kremen (*pro hac vice*)
4 Lenape Lane
East Brunswick, NJ 08116
Telephone: (732) 593-7294
Facsimile: (732) 312-5218
*shk@shk-dplc.com*

Keith Altman
**LAW OFFICE OF KEITH ALTMAN**
3228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
Telephone:  (248) 987-8929
*keithaltman@kaltmanlaw.com*

*Attorneys for Plaintiff/Counter-Defendant Trutek Corp.*

/s/  *Alan J. Gocha*
Nicholas J. Ellis (P73174)
Alan J. Gocha (P80972)
**FOLEY & LARDNER LLP**
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
Telephone:  (313) 234-7100
Facsimile:  (313) 234-2800
nellis@foley.com
agocha@foley.com

Liane M. Peterson
**FOLEY & LARDNER LLP**
3000 K Street NW, Suite 600
Washington, DC 20007
Telephone:  (202) 672-5300
Facsimile:  (202) 672-5399
lpeterson@foley.com

*Attorneys for Defendant/Counter-Plaintiff BlueWillow Biologics, Inc.*