UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUTEK CORP.,

    Plaintiff,

v.                                                                Case No. 2:21-cv-10312

BLUEWILLOW BIOLOGICS, INC.;                  Hon. F. Kay Behm
ROBIN ROE 1 through 10, gender
neutral fictitious names, and; ABC
CORPORATION 1 through 10 (fictitious
names).

    Defendants.

### INDEX OF EXHIBITS TO BLUEWILLOW BIOLOGICS, INC.'S MOTION TO EXCLUDE THE EXPERT REPORT AND TESTIMONY OF AMIRALI Y. HAIDRI

| Exhibit No. | Description |
|---|---|
| Exhibit 1 | Opening Expert Report of Mansoor M. Amiji |
| Exhibit 2 | Responsive Expert Report of Amirali Haidri |
| Exhibit 3 | Deposition Transcript of Amirali Haidri |