UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUTEK CORP.,

    Plaintiff,

v.

BLUEWILLOW BIOLOGICS, INC.;
ROBIN ROE 1 through 10, gender
neutral fictitious names, and; ABC
CORPORATION 1 through 10 (fictitious
names).

    Defendants.

Case No. 2:21-cv-10312

Hon. F. Kay Behm

### INDEX OF EXHIBITS TO BLUEWILLOW BIOLOGICS, INC.'S MOTION TO EXCLUDE THE EXPERT REPORTS AND TESTIMONY OF ALEXEI ERMAKOV AND SHANE BURNS

| Exhibit No. | Description |
| --- | --- |
| Exhibit 1 | Responsive Expert Report of Mansoor M. Amiji |
| Exhibit 2 | Report of Alexei Ermakov |
| Exhibit 3 | Deposition Transcript of Alexei Ermakov |
| Exhibit 4 | Report of Shane Burns (January 18, 2021) |
| Exhibit 5 | Deposition Transcript of Shane Burns |
| Exhibit 6 | Report of Shane Burns (July 30, 2019) |