# EXHIBIT 4

# SURFACE ELECTROSTATIC CHARGE EVALUATION OF NASAL APPLICATION PRODUCTS

## Technical Report

| Report Number (Test Order): | 337A |
|---|---|
| Report Version: | 1 |
| Report issue Date | January 18, 2021 |
| Customer Name: | Trutek Corp. |
| Purchase Order: | ETS01-21 |
| Sample Types: | As indicated within |
| Commercial/Military Requirement: | None, N/A |
| Test Performed by: | Shane Burns |
| Signature: | *Shane Burns* |
| Report Reviewed by: | Troy Anthony |
| Signature: | *[signature]* |

## Report Revision History

| Date | Report Version | Author | Comment |
|---|---|---|---|
| 01/18/2021 | 1 | Shane Burns | Original Release |

// Confidential // January 18, 2021
Report Number: 337A Version No.: 1

Determination of Surface Electrostatic Charge

Electro-Tech Systems, Inc.
www.electrotechsystems.com

ets electro-tech systems

Page 1 of 6

## I. TEST OBJECTIVE

The purpose of this test was to determine the magnitude (amount) of surface electrostatic charge created by means of the application of solution and spray containing permanently ionized molecules.

## II. TEST EQUIPMENT INFORMATION

The ETS Model 230 Nanocoulomb Meter is a battery powered instrument for measuring charge directly in nanoCoulombs (nC) when connected with ETS Model 231 – Faraday Cup.

In its lowest range setting, Model 230 can accurately measure electrostatic charge as low as 0.01nC @ 20 nC range.

After placing the product test sample into the Faraday Cup (Model 231), Model 230 nanocoulomb meter digital display indicates the electrostatic charge.

| Instrument(s) | Specification |
|---|---|
| Description | Precision Nanocoulomb Meter |
| Brand | Electro-Tech Systems |
| Model | 230 |
| Serial number | Lab unit |
| Last calibration date | 04/02/2020 |



**Model 230 – Nanocoulomb Meter**

// Confidential // January 18, 2021　　Determination of Surface Electrostatic Charge　　Electro-Tech Systems, Inc.
Report Number:337A Version No.: 1　　　　　　　　　　　　　　　　　　　　　　www.electrotechsystems.com

Page 2 of 6

| Instrument(s) | Specification |
|---|---|
| Description | Faraday Cup, Inner cup dia.: 3.1" x 4.0" High |
| Brand | Electro-Tech Systems |
| Model | 231 |
| Serial number | Lab unit |
| Last calibration date | 04/02/2020 |



**Model 231 – Faraday Cup**
**Inner Cup Dia.: 3.1" dia. 4" H (80 x 102mm)**
**Overall Dimensions: 4" dia. 6" H (102 x 152mm)**

// Confidential // January 18, 2021　　　Determination of Surface Electrostatic Charge　　　Electro-Tech Systems, Inc.
Report Number:337A Version No.: 1　　　　　　　　　　　　　　　　　　　　　　　www.electrotechsystems.com

ets
electro-tech systems

Page 3 of 6

### III. SUBSTRATE PREP

Real Pig Skin 12" x 12" was cut into 12 pieces of 4" x 3".



Each product test sample created was 4" x 3" rectangular uniformly coated with test product. After coating, test product was shaped into a circular cylinder of approximately 2" diameter x 3" high suitable for placing appropriately in Faraday cup (Model 231).

Total surface area of coated sample = 4" x 3" = 12 sq. inches = 12 sq. in x $2.54^2$ $cm^2/inch^2$ = 77.42 sq. cm.

All Testing was performed at controlled temperature of 72.0 ±2 degrees F, and 12% ± 2% Relative Humidity (RH) in the environmental room.

### IV. METHODOLOGY

i. The test substrates were ionized with Simco Model No. Aerostat XC, Serial No. R125608 to neutralize existing charge and measured repeatedly to see how much the substrate material (real pig skin) would affect the result.

ii. Before applying any test product sample, the substrate was neutralized again. This ensured that the substrate would not affect the measurement and the same base value is used.

iii. Each solution and spray test product was coated utilizing a cotton swab with approximately 1.5 ml (1.0 ml minimum to 2.0 ml maximum measured by use of a

// Confidential // January 18, 2021  
Report Number:337A Version No.: 1

**Determination of Surface Electrostatic Charge**



Electro-Tech Systems, Inc.  
www.electrotechsystems.com

Page 4 of 6

       pipette) for a smooth and uniform application on to [three] substrate sample-pieces (real pig skin) utilizing different cotton swabs for different type of test product.

   iv.   After waiting for 4 minutes (3 to 5 minutes) upon coating, while it was still moist, the coated substrates were placed in a Model 231 Faraday cup to accurately measure the charge of the coated product amount. Total electrostatic charge was measured in nC by ETS Model 230 as indicated on its digital display scale.

        Product test samples:
        1. TTK-NS; NasalGuard Misting Spray (Nasal Spray)
        2. BW-NBP; BlueWillow NanoBio Protect (Solution)

## V.   <u>TESTING</u>

| No. | Product | Total Surface Electrostatic Charge (nC/±) | | | |
|---|---|---|---|---|---|
| | | Experiment 1 | Experiment 2 | Experiment 3 | **<u>Average</u>** |
| 1 | TTK-NS | 0.24 | 0.27 | 0.24 | 0.25 |
| 2 | BW-NBP | 0.85 | 0.09 | 0.35 | 0.43 |

*Note: Neutralized substrates' total electrostatic charge was measured at the beginning and at the end, (3) samples each, of the test. It was measured to have less than -0.07 nC in all cases, averaging only -0.023 nC. It is, therefore, not a significant contributing factor to any charge measurements.

## VI.   <u>DATA RESULTS</u>

| No. | Product | Charge Per Square (nC/sq. cm.) |
|---|---|---|
| 1 | TTK-NS | 0.003 |
| 2 | BW-NBP | 0.006 |

Charge/sq. cm. = Average Total Charge ÷ 77.42

// Confidential // January 18, 2021    **Determination of Surface Electrostatic Charge**    Electro-Tech Systems, Inc.
Report Number:337A Version No.: 1    www.electrotechsystems.com

ets
electro-tech systems

Page 5 of 6

## VII. CONCLUSIONS

1. The range of the total test product sample charge measured was as follows:

    i) TTK-NS; NasalGuard Misting Spray (Nasal Spray): Range was between 0.24 and 0.27 and, the average charge was 0.25 nC.

    ii) BW-NBP; BlueWillow NanoBio Protect (Solution): Range was between 0.09 and 0.85 and, the average charge was 0.43 nC.

2. The two test products i.e., NasalGuard Misting Spray (Nasal Spray) and BlueWillow NanoBio Protect (Solution) both demonstrated the presence of a surface electrostatic charge of similar order of magnitude.

// Confidential // January 18, 2021
Report Number: 337A Version No.: 1

**Determination of Surface Electrostatic Charge**

ets
electro-tech systems

Electro-Tech Systems, Inc.
www.electrotechsystems.com

Page 6 of 6