# EXHIBIT 6

# SURFACE ELECTROSTATIC CHARGE EVALUATION OF NASAL APPLICATION PRODUCTS

## Technical Report

| Report Number (Test Order): | 215 |
|---|---|
| Report Version: | 1 |
| Report issue Date | July 30, 2019 |
| Customer Name: | Trutek Corp. |
| Purchase Order: | ETS01-19 |
| Sample Types: | As indicated within |
| Commercial/Military Requirement: | None, N/A |
| Test Performed by: | Shane Burns |
| Signature: | *Shane Burns* |
| Report Reviewed by: | Troy Anthony |
| Signature: | *[signature]* |

## Report Revision History

| Date | Report Version | Author | Comment |
|---|---|---|---|
| 07/30/19 | 1 | Shane Burns | Original Release |

// Confidential // July 30, 2019
Report Number: 215 Version No.: 1

Determination of Surface Electrostatic Charge

Electro-Tech Systems, Inc.
www.electrotechsystems.com
Page 1 of 6

## I. TEST OBJECTIVE

The purpose of this test was to determine the magnitude (amount) of surface electrostatic charge created by means of the application of serum, spray, and swab containing permanently ionized molecules.

## II. TEST EQUIPMENT INFORMATION

The ETS Model 230 Nanocoulomb Meter is a battery powered instrument for measuring charge directly in nanoCoulombs (nC) when connected with ETS Model 231 – Faraday Cup.

In its lowest range setting, Model 230 can accurately measure electrostatic charge as low as 0.01nC @ 20 nC range.

After placing the product test sample into the Faraday Cup (Model 231), Model 230 nanocoulomb meter digital display indicates the electrostatic charge.

| Instrument(s) | Specification |
|---|---|
| Description | Precision Nanocoulomb Meter |
| Brand | Electro-Tech Systems |
| Model | 230 |
| Serial number | Lab unit |
| Last calibration date | July 29, 2019 |



**Model 230 – Nanocoulomb Meter**

// Confidential // July 30, 2019  
Report Number: 215 Version No.: 1

**Determination of Surface Electrostatic Charge**



Electro-Tech Systems, Inc.  
www.electrotechsystems.com  
Page 2 of 6

| Instrument(s) | Specification |
|---|---|
| Description | Faraday Cup, Inner cup dia.: 3.1" x 4.0" High |
| Brand | Electro-Tech Systems |
| Model | 231 |
| Serial number | Lab unit |
| Last calibration date | N/A |



**Model 231 – Faraday Cup**
**Inner Cup Dia.: 3.1" dia. 4" H (80 x 102mm)**
**Overall Dimensions: 4" dia. 6" H (102 x 152mm)**

// Confidential // July 30, 2019
Report Number: 215 Version No.: 1

Determination of Surface Electrostatic Charge

Electro-Tech Systems, Inc.
www.electrotechsystems.com
Page 3 of 6

### III. SUBSTRATE PREP

Real Pig Skin 12" x 12" was cut into 8 pieces of 6" x 3".



Each product test sample created was 6" x 3" rectangular uniformly coated with test product. After coating, test product was shaped into a circular cylinder of approximately 2" diameter x 3" high suitable for placing appropriately in Faraday cup (Model 231).

Total surface area of coated sample = 6" x 3" = 18 sq. inches = 18 sq. in x $2.54^2$ $cm^2/inch^2$ = 116.13 sq. cm.

All Testing was performed at controlled temperature of 72.0 ±2 degrees F, and 12% ± 2% Relative Humidity (RH) in the environmental room.

### IV. METHODOLOGY

i. The test substrates were ionized with Simco Model No. Aerostat PC, Serial No. V214841 to neutralize existing charge and measured repeatedly to see how much the substrate material (real pig skin) would affect the result.

ii. Before applying any test product sample, the substrate was neutralized again. This ensured that the substrate would not affect the measurement and the same base value is used.



iii. Each serum and spray test product was coated utilizing a cotton swab with approximately 1.5 ml (1.0 ml minimum to 2.0 ml maximum measured by use of a pipette) for a smooth and uniform application on to [three] substrate sample-pieces (real pig skin) utilizing different cotton swabs for different type of test product.

iv. For SCR/ZCM/Swab; two pre-moistened swab-tubes with some remnant solution (the remnant solution was contained in the same swab-tube) were used per test product. The quantity of the swab solution could not be controlled due to inconsistent/varying solution quantity in the tube.

v. After waiting for 4 minutes (3 to 5 minutes) upon coating, while it was still moist, the coated substrates were placed in a Model 231 Faraday cup to accurately measure the charge of the coated product amount. Total electrostatic charge was measured in nC by ETS Model 230 as indicated on its digital display scale.

Product test samples:
1. TTK/T-12/Serum
2. ISR/ZCM/Spray
3. SCR/ZCM/Swab

## V. TESTING

| No. | Product | Total Surface Electrostatic Charge (nC/±) | | | |
|---|---|---|---|---|---|
| | | Experiment 1 | Experiment 2 | Experiment 3 | **Average** |
| 1 | TTK/T-12/Serum | 10.8 | 19.3 | 20.8 | 16.97 |
| 2 | ISR/ZCM/Spray | 18.2 | 19.3 | 10.4 | 15.97 |
| 3 | SCR/ZCM/Swab | 48.8 | 9.1 | 22.9 | 26.93 |

*Note: Neutralized substrates' total electrostatic charge was measured at the beginning and at the end, (3) samples each, of the test. It was measured to have less than 1.7 nC in all cases, averaging only 1.3 nC.
It is, therefore, not a significant contributing factor to any charge measurements.

## VI. DATA RESULTS

| No. | Product | Charge Per Square (nC/sq. cm.) |
|---|---|---|
| 1 | TTK/T-12/Serum | 0.146 |
| 2 | ISR/ZCM/Spray | 0.137 |
| 3 | SCR/ZCM/Swab | 0.232 |

Charge/sq. cm. = Average Total Charge ÷ 116.13

## VII. CONCLUSIONS

1. The range of the total test product sample charge measured was as follows:

    i) TTK/T-12/Serum: Range was between 10.8 nC and 20.8 nC and, the average charge was 0.146 nC/sq.cm.

    ii) ISR/ZCM/Spray: Range was between 10.4 nC and 19.3 nC and, the average charge was 0.137 nC/sq.cm.

    iii) SCR/ZCM/Swab: Range was between 9.1 nC and 48.8 nC and, the average charge was 0.232 nC/per sq.cm.
    *{It was noted that application of consistent quantity was difficult with the swab samples due to inconsistencies of packaged solution remnant quantity in the swab-tubes.}*

2. The three test products i.e., Serum, Spray, and Swab, all demonstrated the presence of a surface electrostatic charge.



// Confidential // July 30, 2019
Report Number: 215 Version No.: 1

**Determination of Surface Electrostatic Charge**

Electro-Tech Systems, Inc.
www.electrotechsystems.com
Page 6 of 6