## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

TRUTEK CORP.,

      Plaintiff,

v.

                                    Case No. 2:21-cv-10312

                                    Hon. F. Kay Behm

BLUEWILLOW BIOLOGICS, INC.;
ROBIN ROE 1 through 10, gender
neutral fictitious names, and; ABC
CORPORATION 1 through 10 (fictitious
names).

      Defendants.

---

### NOTICE OF WITHDRAWAL
### OF ATTORNEY ALAN J. GOCHA AS COUNSEL
### FOR DEFENDANT BLUEWILLOW BIOLOGICS, INC.

Please enter the Withdrawal of Counsel for Defendant, BlueWillow Biologics,

Inc., **Alan J. Gocha (P80972)**.  **Nicholas J. Ellis (P73174)** and **Liane M. Peterson**

of Foley & Lardner LLP and will continue representation of Defendant, BlueWillow

Biologics, Inc.

I further request that I, **Alan J. Gocha (P80972)** be terminated from this case

and that the Court discontinue sending notices of Case Management/Electronic Case

Filings to my email address at **agocha@foley.com**.

Respectfully submitted,

**FOLEY & LARDNER LLP**

/s/ Alan J. Gocha (w/consent)
Alan J. Gocha (P80972)

/s/ Nicholas J. Ellis
Nicholas J. Ellis (P73174)
Alan J. Gocha (P80972)
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
Telephone:  313.234.7100
nellis@foley.com

Liane M. Peterson
3000 K Street NW, Suite 600
Washington, DC 20007
Telephone:  202.672.5300

Dated: March 17, 2023

*Attorneys for Defendant/Counter-Plaintiff BlueWillow Biologics, Inc.*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

TRUTEK CORP.,

      Plaintiff,

v.

BLUEWILLOW BIOLOGICS, INC.;
ROBIN ROE 1 through 10, gender
neutral fictitious names, and; ABC
CORPORATION 1 through 10 (fictitious
names).

      Defendants.

Case No. 2:21-cv-10312
Hon. F. Kay Behm

---

## ORDER GRANTING WITHDRAWAL OF COUNSEL

Defendant BlueWillow Biologics, Inc., having submitted a Notice of Withdrawal of Counsel of Alan J. Gocha (P80972), and the Court having reviewed the same:

IT IS ORDERED that Attorney Alan J. Gocha (P80972) be terminated from the above case and the Court discontinue sending ECFs on this case.

                                  s/F. Kay Behm
                                  Hon. F. Kay Behm
                                  United States District Judge

Dated: March 17, 2023