**INDEX OF EXHIBITS**

A. Declaration of Mansoor M. Amiji, PH.D. in Support of BlueWillow's Motion for Summary Judgment

   1. Dr. Amiji Opening Expert Report
   2. Dr. Amiji Responsive Expert Report
   3. Dr. Amiji Reply Expert Report

B. Declaration of Liane M. Peterson in Support of BlueWillow Biologics, Inc.'s Motion for Summary Judgement

   1. Patent US8163802
   2. Patent Application US2009/0143476
   3. Opening Report of Dr. Lemmo
   4. Responsive Report of Dr. Lemmo
   5. Reply Report of Dr. Lemmo
   6. Responsive Report of Amirali Y. Haidri
   7. Deposition Transcript of Dr. Lemmo
   8. Deposition Transcript of Amirali Y. Haidri
   9. List of Licensees