# EXHIBIT 1

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF MICHIGAN

## SOUTHERN DIVISION

| | |
|---|---|
| TRUTEK CORP.,<br>Plaintiff,<br><br>v.<br><br>BlueWillow Biologics, Inc.<br>ROBIN ROE 1 through 10, gender neutral fictitious names, and ABC CORPORATION 1 through 10 (fictitious names).<br><br>Defendants. | **CIVIL ACTION No. 4:21-cv-10312-FKB-RSW**<br><br>Hon. F. Kay Behm |

### DECLARATION OF STANLEY H. KREMEN IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Stanley H. Kremen, being of full age, hereby depose and say:

1. I am a citizen of the United States.

2. I am an attorney licensed to practice in the State of California.

3. I am a patent attorney licensed to practice before the United States Patent and Trademark Office ("USPTO").

4. I am admitted to and qualified as an attorney and counselor of the United States District Court of the Eastern District of Michigan.

5. I am an attorney of record in this instant lawsuit representing the Plaintiff, Trutek Corp., in this matter.

6. I met and conferred with Liane Peterson, Esq., who is an attorney of record in this instant lawsuit representing the Defendant, BlueWillow Biologics, Inc., in this matter.

7. I explained to her that Plaintiff will be filing a motion for Partial Summary Judgment pleading that the Court affirm the validity of U.S. Patent No. 8,163,802 is invalid. She indicated that this motion will be opposed.

8. I will be filing Plaintiff's Motion for Partial Summary Judgment today

9. Attached to this motion is Exhibit 2, which is a declaration by Plaintiff's expert, Amirali Y. Haidri. Also, attached to this motion is Exhibit 3, which is a true copy of a sample of marking of the '802 Patent on Plaintiff, Trutek Corp.'s products. Finally, attached to this motion is Exhibit 4, which is a true copy of "Plaintiff's Expert Report of Edward A. Lemmo, Ph.D. Responsive to and in Rebuttal of Defendant's Opening Expert Report of Mansoor M. Amiji.".

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on this 29th day of March, 2023.

_____
Stanley H. Kremen