# EXHIBIT 3



# NasalGuard®
## AIRBORNE PARTICLE BLOCKER

**Product Facts**
NasalGuard® Airborne Particle Blocker is a clear gel, applied outside the nose, that uses electrostatic technology to reduce the inhalation of airborne particles before entering your nasal passages.

**Uses**
Appropriate for everyday use or prior to exposure to harmful particles including contaminated air, virus-sized particles, mold, pollen, dust mites, and pet dander. Safe for everyone including pregnant women, nursing mothers, and children.

**Warning**
Avoid contact with eyes. Rinse with water if accidental eye contact or skin irritation occurs. Discontinue use if any skin irritation or rash occurs.

**Directions**
For external use only. Apply before exposure to airborne contaminants.



| 1 | 2 | 3 |
| --- | --- | --- |
| Begin by squeezing 1 to 2 pin-sized drops on your pointer finger. | Spread the gel between your pointer finger and thumb to ensure an even application. | Apply directly around the nostrils and above the upper lip. |

Apply every 4 to 6 hours or as often as needed. Reapply if nose or face becomes wet.
READ AND SAVE THIS CARD FOR REFERENCE

**Questions or Comments?**
Visit www.NasalGuard.com or call 1-855-NASALGUARD (1-855-627-2548)



Distributed by:
NasalGuard LLC.
Somerville, NJ 08876, USA
US Patent # US 6,844,005 B2   US 8,163,802 B2
Other Patents Pending
© NasalGuard LLC 2017

LOT NsGd01   Made in USA   CE   8 50247 00000