**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

TRUTEK CORP.,

                  Plaintiff,                  Case No. 4:21-cv-10312

v.                                     Hon. F. Kay Behm

BLUEWILLOW BIOLOGICS, INC., et. al.

                  Defendants.

---

**STIPULATED ORDER EXTENDING TIME FOR THE PARTIES**
**TO REPLY TO DISPOSITIVE MOTIONS AND**
**MOTIONS TO EXCLUDE EXPERT WITNESS TESTIMONY**

Plaintiff/Counter-Defendant Trutek Corp and Defendant/Counter-Plaintiff BlueWillow Biologics, Inc., through their undersigned counsel, respectfully move for an order extending the deadlines to reply to all of each other's dispositive motions and motions to exclude expert witness testimony by an additional two weeks.

Both parties in this action filed motions to exclude the opposing parties' expert witnesses. Furthermore, both parties in this action plan to file dispositive motions and responses in this action within the coming month. The parties conferred, and each concur that an additional two weeks beyond the statutory deadline shall be granted to any party wishing to file an opposition brief to any Motion to Exclude an Expert Witness or any Opposition Brief to any Dispositive Motion, and including Reply Brief to any Opposition

Brief.

**IT IS SO ORDERED.**

s/F. Kay Behm
Hon. F. Kay Behm
U.S. District Court Judge

Dated: March 30, 2023

Respectfully submitted,

**It is so stipulated.**
Dated: March 30, 2023

*/s/ Stanley H. Kremen*
Stanley H. Kremen, Esq.
4 Lenape Lane
East Brunswick, New Jersey 08816
Telephone: (732) 593-7294
shk@shk-dplc.com
shklaw@kremen.us
*Attorney for Plaintiff*

*/s/ Keith Altman*
Keith Altman, Esq.
The Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com
*Attorney for Plaintiff*

**It is so stipulated.**

Dated: March 30, 2023

By: */s/ Alan J. Gocha (w/ permission)*

Alan J. Gocha
FOLEY & LARDNER, LLP
500 Woodward Avenue, Suite 2700
Detroit, Michigan 48226
Telephone: (313) 234-7100

2

**It is so stipulated.**

Dated: March 30, 2023                    By: */s/ Liane M. Peterson (w/ permission)*

Liane M. Peterson
FOLEY & LARDNER, LLP
3000 K Street NW
Washington D.C. 48226
Telephone: (202) 672-5300