# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| TRUTEK CORP., | Case No. 4:21-cv-10312 |
| Plaintiff, | Hon. F. Kay Behm |
| v. | |
| BLUEWILLOW BIOLOGICS, INC., | |
| Defendants. | |

## ORDER EXTENDING TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTIONS TO EXCLUDE EXPERT WITNESSES

WHEREAS Plaintiff/Counter-Defendant Trutek Corp through their undersigned counsel, respectfully moved for an order extending the deadlines to reply to Defendants Motions to Exclude Expert Witness Testimony by an additional thirty (30) days.

The granting of this order shall have the following effect: Plaintiff's Response to Defendant's Motions to Exclude Expert Witnesses shall be due on May 22, 2023.

**IT IS SO ORDERED.**


Date: April 21, 2023

F. Kay Behm
F. Kay Behm
United States District Judge