**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

TRUTEK CORP.,

        Plaintiff,                      Case No. 4:21-cv-10312

v.                                            Hon. F. Kay Behm

BLUEWILLOW BIOLOGICS, INC., et. al.

        Defendants.

---

**STIPULATION TO EXTEND TIME FOR THE PARTIES**
**TO RESPOND TO MOTIONS FOR SUMMARY JUDGMENT**
**AND MOTIONS TO EXCLUDE EXPERT TESTIMONY**

    Plaintiff/Counter-Defendant Trutek Corp and Defendant/Counter-Plaintiff BlueWillow Biologics, Inc., through their undersigned counsel, respectfully move for an order extending the deadlines for both parties to respond to certain motions to exclude expert witness testimony and motions for summary judgment by an additional thirty (30) days.

    The parties conferred, and each concur that an additional thirty (30) days beyond the current deadline shall be granted to any party wishing to file a Response Brief, with Reply Briefs due fourteen (14) days thereafter, for the motions listed below.

    Plaintiff requests this extension due to extenuating circumstances. On or about April 15, 2023, Lead-Counsel for Plaintiff, Stanley Kremen, Esq., required immediate and necessary hospitalization related to a cardiac issue. Due to the seriousness and severity of

2

Mr. Kremen's health problems and the time needed to recover and provide adequate representation, the parties hereby stipulate that the Court grant an extension of thirty (30) days for responses to the following motions, with replies due fourteen (14) days thereafter, according to the schedule below:

| **Pending Motion** | **Response Deadline** | **Reply Deadline** |
|---|---|---|
| Dkt. 59:  Defendant's Motion for Summary Judgment | June 1, 2023 | June 15, 2023 |
| Dkt. 61:  Plaintiff's Motion to Exclude Testimony of Mansoor M. Amiji, Ph.D | May 26, 2023 | June 9, 2023 |
| Dkt. 62:  Plaintiff's Motion for Partial Summary Judgment | June 5, 2023 | June 19, 2023 |

Respectfully Submitted,

**It is so stipulated.**

Dated: April 21, 2023             */s/ Stanley H. Kremen*
Stanley H. Kremen, Esq.
4 Lenape Lane
East Brunswick, New Jersey 08816
Telephone: (732) 593-7294
shk@shk-dplc.com
shklaw@kremen.us
*Attorney for Plaintiff*

*/s/ Keith Altman*
Keith Altman, Esq.
The Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com
*Attorney for Plaintiff*

**It is so stipulated.**

Dated: April 21, 2023             By: */s/ Liane M. Peterson (w/ permission)*

Liane M. Peterson
FOLEY & LARDNER LLP
3000 K Street NW
Washington D.C. 48226
Telephone: (202) 672-5300

Nicholas J. Ellis
FOLEY & LARDNER LLP
500 Woodward Avenue
Suite 2700
Detroit, MI 48226
Telephone (313) 234-7100

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

TRUTEK CORP.,

        Plaintiff,                    Case No. 4:21-cv-10312

v.                                          Hon. F. Kay Behm

BLUEWILLOW BIOLOGICS, INC., et. al.

        Defendants.

---

**CERTIFICATE OF SERVICE**

    I certify that on April 21, 2023, I served the foregoing Stipulation to Extend Time upon all parties herein by submitting copies of same using the ECF System and via electronic mail.

*/s/ Keith Altman*

Keith Altman, Esq.
