UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUTEK CORP.,

          Plaintiff,

v.                                            Case No. 21-10312
                                           Honorable F. Kay Behm

BLUEWILLOW BIOLOGICS, INC.,

          Defendants.
_____/

## **ORDER STRIKING STIPULATION**

On April 21, 2023, Plaintiff's counsel filed a Stipulation to Extend Time for the Parties to Respond to Motions for Summary Judgment and Motions to Exclude Expert Testimony (ECF No. 66). Pursuant to the E.D. Mich. Local Electronic Case Filing (ECF) Rule 12(a), a proposed stipulation and order must be submitted as a Word document to the judge to whom the case is assigned, via the link located under the Utilities section of the ECF system. The stipulation at issue is not in compliance with the rule.

**IT IS ORDERED** that the Stipulation to Extend Time for the Parties to Respond to Motions for Summary Judgment and Motions to Exclude Expert

Testimony (ECF No. 66) is **STRICKEN**.

S/ F. Kay Behm  
F. KAY BEHM  
U.S. DISTRICT JUDGE

Dated: April 24, 2023