UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUTEK CORP.,                              Case No. 4:21-cv-10312

        Plaintiff,                          Hon. F. Kay Behm

v.

BLUEWILLOW BIOLOGICS, INC.,

        Defendants.

---

### STIPULATED ORDER EXTENDING TIME FOR THE PARTIES TO RESPOND TO MOTIONS FOR SUMMARY JUDGMENT AND MOTIONS TO EXCLUDE EXPERT TESTIMONY

This matter having come before the Court upon the stipulation of the parties and the Court being otherwise advised in the premises:

WHEREAS:

A. On or about April 15, 2023, Lead-Counsel for Plaintiff, Stanley Kremen, Esq., required immediate and necessary hospitalization related to a cardiac issue;

B. Due to the seriousness and severity of Mr. Kremen's health problems and the time needed to recover and provide adequate representation, the parties hereby stipulate that the Court grant an extension of thirty (30) days for responses to the following motions, with replies due fourteen (14) days thereafter, according to the schedule set forth below; and

C. On April 21, 2023, the Court granted Plaintiff's motion requesting an extension of certain deadlines for which Defendant declined to stipulate based on its belief that the deadline for response already had passed.

IT IS HEREBY ORDERED THAT the briefing schedule regarding Defendant's Motion for Summary Judgment (Dkt. 59), Plaintiff's Motion to Exclude Testimony of Mansoor M. Amiji, Ph.D. (Dkt. 61), and Plaintiff's Motion for Partial Summary Judgment (Dkt. 62) shall be amended as follows:

| Pending Motion | Response Deadline | Reply Deadline |
|---|---|---|
| Dkt. 59: Defendant's Motion for Summary Judgment | June 1, 2023 | June 15, 2023 |
| Dkt. 61: Plaintiff's Motion to Exclude Testimony of Mansoor M. Amiji, Ph.D | May 26, 2023 | June 9, 2023 |
| Dkt. 62: Plaintiff's Motion for Partial Summary Judgment | June 5, 2023 | June 19, 2023 |

**IT IS SO ORDERED.**

s/F. Kay Behm
United States District Court Judge

Dated: April 27, 2023

Stipulated and approved as to form and substance:

Dated: April 26, 2023

*/s/ Stanley H. Kremen* *(w/consent)*
Stanley H. Kremen, Esq.
4 Lenape Lane
East Brunswick, New Jersey 08816
Telephone: (732) 593-7294
shk@shk-dplc.com
shklaw@kremen.us
*Attorney for Plaintiff*

*/s/ Keith Altman (w/consent)*
Keith Altman, Esq.
The Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com
*Attorney for Plaintiff*

By: */s/ Nicholas J. Ellis*

Liane M. Peterson
FOLEY & LARDNER LLP
3000 K Street NW
Washington D.C. 48226
Telephone: (202) 672-5300

Nicholas J. Ellis
FOLEY & LARDNER LLP
500 Woodward Avenue
Suite 2700
Detroit, MI 48226
Telephone (313) 234-7100