# EXHIBIT C

<u>Professional Profile</u>

# Shane Burns

<u>shaneb@ets2.com</u> (215) 887-2196 ext. 216

**I.      Education**

Montgomery County Community College, AAS (Associate of Applied Science), Engineering Technology, 2014

Pensacola Christian College, BA (Bachelor of Arts degree), History, 2006

**II.      Certifications**

EOS/ESD Association, ESD Program Manager Certification, 2021

    Part 1
- a) Section 1, ESD Program Development and Assessment (ANSI/ESD S20.20 Seminar)

    Part 2
- a) Section 1, ESD Basics for the Program Manager
- b) Section 2, Packaging Principles for the Program Manager

    Part 3
- a) Section 1, How To's of In-Plant Measurements and Auditing
- b) Section 2, Ionization Issues and Answers for the Program Manager
- c) Section 3, DT & FA Overview

    Part 4
- a) Section 1, Standards Overview for the Program Manager
- b) Section 2, ESD Calculations for the Device Engineer and Program Manager
- c) Section 3, Cleanroom Considerations for the Program Manager
- d) Section 4, System Level ESD/EMI: Testing to IEC and Other Standards

DVIRC, IPC 610 Certified IPC Specialist, Acceptance criteria for assembled electronics, 2010

**III.      Industry Standards Committees**

EOS/ESD Association, WG11 ESD Packaging Committee, 2019-present

    Applicable Standards:
   i. ANSI/ESD ADV11.2
  ii. ANSI/ESD STM11.11
 iii. ANSI/ESD STM11.12
  iv. ANSI/ESD STM11.13
   v. ANSI/ESD STM11.31
  vi. ANSI/ESD S11.4

IV.   **Experience**

**A. Electro-Tech Systems, Inc. 2016 - present**

Sep 2016 - Present (4 years 1 month +)

Test Laboratory Manager (TLM) 2020-present:

1. Led and coordinated the establishment and implementation of the Quality Management System in accordance with the ISO 17025 standards.
   a) Quality Manual
   b) 4 Core Processes
   c) 21 Procedures
   d) Work instructions for Testing and Calibration

2. Managed the internal audit program
   a) Quality Manual
   b) NCRs and CAPAs

3. Maintained a Master Record Log of controlled documents

4. Trained personnel on Management System Procedures and Processes including:
   a) Scope, Normative References, Terms and Definitions, and General Requirements
   b) Structural Requirements and Resource Requirements
   c) Process Requirements
   d) Management System Requirements

5. Monitored and reported on the performance of the Management System

6. Oversaw the laboratory's inter-laboratory proficiency testing program including:
   a) Humidity
   b) Temperature
   c) Static Decay
   d) Electrical Capacitance
   e) Electrical Resistance
   f) Electrical Voltage

7. Performed hands-on Standard and Custom Testing (cumulatively since 2016 including time as Lead Test Technician):
   a) Completed over 450 test orders
   b) Performed over 640 individual tests
   c) Tested over 10,000 specimens
   d) Tested a wide variety of materials for material and product qualification including:
      i.   Garments
      ii.  Footwear

   iii. Flooring
   iv. Hand tools
   v. Seating
   vi. Plastics
   vii. Fuel Lines
   viii. Powders for the food industry
   ix. Powders for packaging
   x. Additive Powders
   xi. Liquids
   xii. Gels
   xiii. Plastics
   xiv. Masks
   xv. Gloves
   xvi. Healthcare Fabrics
   xvii. Seatbelts
   xviii. Energetic materials detonators
   xix. Bubble Wrap
   xx. Shielded bags
   xxi. Magazine mailers
   xxii. Cellulose
   xxiii. Other materials

8. Tested Devices and components for ESD survivability including:
    a) BGA (Ball grid array) devices
    b) Other SMT and through-hole components

9. Tested Assembled Systems for ESD survivability:
    a) Computers
    b) Satellite Arrays
    c) Healthcare systems
    d) Robots for the hospitality industry
    e) Logistics robots
    f) Automotive systems
    g) Other systems

10. Performed Compliance Testing to meet the following major standard requirements:
    a) ANSI/ESD S20.20
    b) ESD TR53
    c) NFPA 99
    d) IEC 61340-5-1
    e) DOT 49 CFR 173.185 (F)
    f) Customer-driven requirements

11. Performed following Standard Test Methods:
    i. ANSI/ESD STM1.1
    ii. ANSI/ESD STM11.11
    iii. ANSI/ESD STM11.12
    iv. ANSI/ESD STM11.13
    v. ANSI/ESD STM11.31
    vi. ANSI/ESD STM15.1
    vii. ANSI/ESD SP9.2
    viii. ANSI ESD STM2.1
    ix. ANSI/ESD STM4.1
    x. ANSI/ESD STM4.2
    xi. ANSI/ESD STM7.1
    xii. ANSI/ESD STM9.1
    xiii. ANSI/ESD STM97.1
    xiv. ANSI/ESD STM97.2
    xv. ANSI/ESDA/JEDEC JS-001
    xvi. ANSI/ESDA/JEDEC JS-002
    xvii. ANSI/ESD ADV11.2
    xviii. ESD SP9.2
    xix. ASTM D257
    xx. ASTM F 150
    xxi. ASTM-D991
    xxii. EN 1149
    xxiii. FTMS 101C Method 4046/Mil-Std-3010C Method 4046
    xxiv. FTMS 5931
    xxv. IEC 62631-3-1
    xxvi. IEC 62631-3-2
    xxvii. IEC 61340-2-3
    xxviii. IEC 61000-4-2
    xxix. IEC 60079-0
    xxx. INDA 40
    xxxi. ISO 80079-36
    xxxii. JESD22-C101C, CDM
    xxxiii. BS EN 13463-1
    xxxiv. NWSP 040.2.R0
    xxxv. SAE J1645
    xxxvi. USPS-T-3204, Section 3.1.8
    xxxvii. Custom test methods

12. Consulted across the United States regarding:
    a) ANSI/ESD, NFPA, IEC, JEDEC, and other specifications
    b) Manufacturing problems related to Electrostatic discharge events
    c) Compliance issues with ESD regulatory requirements
    d) Materials Characterization questions
    e) Training on Equipment
    f) Training on ESD safety

13. Lead Test Technician, 2016-2020
    1. Trained personally by Stan Weitz, who was an inventor, original founding member of the ESDA, and founder of Electro-Tech Systems

    2. Performed hands-on Standard and Custom Testing
        a) Evaluated customer test requirements and issued quotations
        b) Tested a wide variety of materials for material and product qualification
        c) Tested Devices and components for ESD survivability
        d) Tested Assembled Systems for ESD survivability
        e) Performed Compliance Testing to meet major standard requirements
        f) Consulted across the United States

    3. Calibrated and repaired products manufactured by ETS and other companies
        a) Electrostatic products
        b) Environmental Control Products
        c) Onsite at customer facilities and at the lab

    4. Performed Uncertainty Studies on Test Equipment for the purposes of calibration

    5. Authored and edited 85 Calibration Work Instructions

    6. Trained additional staff on repair and calibration techniques

    7. Researched equipment made by other companies for the purposes of improving designs and lab operations

    8. Extensively researched the history and usage of numerous ESD products

    9. Conducted ESD safety training

    10. Managed all incoming service emails, phone calls, and video conferences

    11. Remotely troubleshoot malfunctioning equipment, thus requiring familiarity with a wide variety of instruments.

    12. Managed customer complaints and warranty problems as part of the corrective action procedure

**B. EFE Laboratories Inc.**

Manufacturing Lead, 2010 - 2016

1. Managed the largest assembly production assembly work cell in the company. Performed the following:
    a) Supervised three separate multi-shift five-person teams
    b) Oversaw the assembly of high volume, complex communications systems
    c) Managed the flow of a manufacturing cell from vendor-supplied parts to finished product
    d) Communicated with vendors changing requirements and helped manage the supply chain
    e) Trained employees on proper assembly techniques
    f) Created Assembly Work Instructions
    g) Enforced quality standards (IPC 610, IPC 620) and customer-specified standards
    h) Regularly provided input to the customer design team based upon assembly issues observed
    i) Initiated new ESD safety protocols for several product lines
        a) Trained staff
        b) Purchased equipment
        c) Compared performance of products both with ESD safety and without to determine sources of failure
        d) Created logs for tracking information related to ESD

2. Programmed firmware and software in the engineering department
    a) Firmware for test equipment and capital goods sold
    b) Software for major pharmaceutical companies to use in their safety equipment and pharmaceutical material processing equipment
    c) Software used in the mass testing of Resistive Thermal equipment

3. Drafted electrical schematics and wire diagrams

4. Performed Quality Assurance:
    a) Functional testing of electronics
    b) Examined workmanship of assemblies for inconsistencies and mistakes