# EXHIBIT 2

**AMIRALI Y. HAIDRI**
110 HILLSIDE AVENUE, SUITE 104
SPRINGFIELD, NEW JERSEY 07081-3007
(908) 688-8700
E-MAIL AMIRALI Y HAIDRI@AOL.COM

| | |
|---|---|
| BAR ADMISSIONS: | NEW YORK (1981), NEW JERSEY (1983) AND U.S. PATENT AND TRADEMARK OFFICE (REG. NO. 29,164) U.S. DISTRICT COURTS FOR THE DISTRICT OF NEW JERSEY AND THE SOUTHERN DISTRICT OF NEW YORK CERTIFIED AS A CIVIL TRIAL ATTORNEY BY THE SUPREME COURT OF NEW JERSEY |
| MARTINDALE-HUBBELL RATING: | BV (DISTINGUISHED) |
| LISTED IN: | MARQUIS WHO'S WHO IN AMERICAN LAW |
| EDUCATION: | NEW YORK UNIVERSITY M.S. 1983 ORGANIC CHEMISTRY |
| | NEW YORK LAW SCHOOL J.D. 1980 CUM LAUDE CLASS RANK: UPPER 15% D. GEORGE LEVINE MEMORIAL AWARD FOR THE HIGHEST GRADE IN THE LAW OF REAL PROPERTY |
| | UNIVERSITY OF LEEDS, ENGLAND B.S. (HONS.) CHEMICAL ENGINEERING 1971 |

PUBLISHED OPINIONS:

1. *BENGALI V. HAVELIWALA*, 197 *N.J. SUPER*. 55 (CH. DIV. 1984)

2. *BENZ V. PIRES*, 269 *N.J. SUPER*. 574 (APP. DIV. 1994)

3. *WITTY V. FORTUNOFF*, 286 *N.J. SUPER*. 280 (APP. DIV. 1996)

4. *PONTIDIS V. SHAVELLI*, 296 *N.J. SUPER*. 420 (APP. DIV. 1997) (AS APPELLANT)

5. *OTCHY V. ELIZABETH BD. OF EDUC.*, 325 *N.J. SUPER*. 98 (APP. DIV. 1999), CERTIF. DENIED, 163 *N.J.* 79 (2000)

6. *COUNTRY-WIDE INS. CO. V. ALLSTATE INS. CO.*, 336 *N.J. SUPER*. 484 (APP. DIV.), *CERTIF. DENIED*, 168 *N.J.* 293 (2001)

7.* *FISCHER V. FISCHER,* 375 *N.J. SUPER*. 278 (APP. DIV.), *CERTIF. DENIED,* 183 *N.J.* 590 (2005)

1

  8.  SINGH V. SIDANA, 387 N.J. SUPER. 380 (APP. DIV. 2006), CERTIF. DENIED, 189 N.J. 428 (2007)

  9. * DAVIDSON V. SLATER, 189 N.J. 166 (2007)

  10.* JOHNSON V. SCACCETTI, 192 N.J. 256 (2007)

  11.* JABLONOWSKA V. SUTHER, 195 N.J. 91 (2008)

  12.* AGHA V. FEINER, 199 N.J. 50 (2009)

  13.* HAND V. PHILADELPHIA INSURANCE COMPANY, 408 N.J. SUPER. 124 (APP. DIV.), CERTIF. DENIED, 200 N.J. 506 (2009)

  14.* FERNANDEZ V. NATIONWIDE INS. CO., 199 N.J. 591 (2009)

  15.* YOUSEF V. GENERAL DYNAMICS, 205 N.J. 543 (2011)

  16.* GERE V. LOUIS, 209 N.J. 486 (2012)

  17.  DWYER V. CAPPELL, 762 F. 3D 275 (3D CIR. 2014)

  18.  LORI JO KONNER V. NEW YORK CITY TRANSIT AUTHORITY 143 AD 3D 774 (APP. DIV. 2D DEPT 2016), 39 N.Y.S. 3D 475 (2016)

   *RECIPIENT OF RECOGNITION AWARDS FROM THE N.J. STATE BAR ASSOCIATION

**PUBLICATIONS:** "TRANSITION METAL CATALYZED SYNTHESIS GAS HOMOLOGATION OF CARBOXYLIC ACIDS," NEW YORK UNIVERSITY, MASTER OF SCIENCE THESIS, 1983

"LIMITATIONS OF ACTION THAT GOVERN INSURANCE CLAIMS," 277 NEW JERSEY LAWYER MAGAZINE 38 (AUGUST 2012)

"FORMALITIES: WHEN FORM MAY TRUMP SUBSTANCE," 301 NEW JERSEY LAWYER MAGAZINE 43 (AUGUST 2016)

**PANEL SPEAKER:** "MEDICINE: PROOF OF PERMANENT INJURY" NJSBA ANNUAL MEETING AND CONVENTION, MAY 20, 2010, ATLANTIC CITY

"INSURANCE COVERAGE BOOT CAMP" ICLE, JULY 15, 2010, EDISON, AUGUST 23, 2011, WEST ORANGE

"CIVIL TRIAL UPDATE" NJSBA MID-YEAR MEETING AND CONVENTION, NOVEMBER 3, 2010, SCOTTSDALE, ARIZONA

|  |  |
|---|---|
|  | "Hot Tips for Hot Litigators" NJSBA Annual Meeting and Convention, May 18, 2011, May 16, 2012, and May 14, 2014, Atlantic City |
|  | "Important Things to Know About Cases with International Implications" NJSBA Mid-Year Meeting and Convention, November 8, 2011, Dublin, Ireland |
|  | "Lawyer Advertising, Solicitation of Clients and the Use of Social Media" Hunterdon County Bar Association, November 22, 2011, Clinton |
|  | "Workers Compensation Bench-Bar Conference" NJSBA Annual Meeting and Convention, May 18, 2012 Atlantic City |
|  | "Hot Topics in Professional Responsibility" NJSBA Annual Meeting and Convention, May 15, 2013, Atlantic City |
|  | "The Extraterritoriality of United States Patent and Trademark Legislation" NJSBA Mid-Year Meeting and Convention, November 7, 2014, Paris, France |
|  | "International Law and Intellectual Property: Service of Process and Discovery Considerations under the Hague Convention and transnational enforcement of judgments" NJICLE, December 4, 2014, New Brunswick, New Jersey |
|  | "Ethical Relationships: Handling Conflicts in Client and Attorney Relations" NJSBA Annual Meeting and Convention, May 19, 2016, Atlantic City |
|  | "Recent Developments in Professional Responsibility and Ethics" NJSBA Annual Meeting and Convention, May 18, 2017, Atlantic City |
|  | "Around the Sky-The Latest in Aviation, *A Webinar*, NJ-ICLE, May 26, 2022, Broadcast by Zoom |
| MODERATOR: | "Statute of Limitations Concerns in Criminal Cases"- *A Webinar*, NJ-ICLE, January 24, 2013, broadcast from New Brunswick |
| BAR RELATED ACTIVITIES: | MEMBER: Member, Later Chair, Panel 6, Supreme Court Committee on Fee Arbitration, District XII (2001-2006) |
|  | MEMBER: Supreme Court Committee on Attorney Advertising (Former Vice Chair 2018/2019) |
|  | MEMBER: Supreme Court Advisory Committee on Professional Ethics |

3

|  |  |
|---|---|
|  | TRUSTEE: NEW JERSEY STATE BAR ASSOCIATION (2007 TO 2013) |
|  | TRUSTEE: UNION COUNTY BAR ASSOCIATION (2002 TO 2013) |
|  | NEW JERSEY STATE BAR ASSOCIATION TRUSTEE LIAISON AT VARIOUS TIMES TO: CIVIL TRIAL BAR SECTION, HEALTH AND HOSPITAL LAW SECTION, INSURANCE LAW SECTION, INTELLECTUAL PROPERTY LAW SPECIAL COMMITTEE AND WOMEN IN THE PROFESSION SECTION (2007 TO 2013) |
|  | MEMBER (PAST AND PRESENT): NEW JERSEY STATE BAR ASSOCIATION, AMICUS STANDING COMMITTEE, DIVERSITY STANDING COMMITTEE, PROFESSIONAL RESPONSIBILITY STANDING COMMITTEE, APPELLATE PRACTICE SPECIAL COMMITTEE, AVIATION LAW SPECIAL COMMITTEE, INTELLECTUAL PROPERTY LAW SPECIAL COMMITTEE |
|  | MASTER: RICHARD J. HUGHES AMERICAN INN OF COURT |
|  | MASTER: JOHN C. LIFLAND AMERICAN INN OF COURT |
|  | MASTER: WILLIAM C. KONNER AMERICAN INN OF COURT |
|  | N.J. RULE 1:40 MEDIATOR |
|  | ARBITRATOR, MANDATORY NON-BINDING AUTOMOBILE AND PERSONAL INJURY ARBITRATION PROGRAMS OF THE MORRIS AND UNION COUNTY VICINAGES OF THE SUPERIOR COURT OF NEW JERSEY |
| ALUMNI RELATED ACTIVITIES: | SECOND VICE PRESIDENT, BRITISH SCHOOLS AND UNIVERSITIES CLUB OF NEW YORK (2005-2006), HONORARY SECRETARY (2011-2012) |
| EXPERIENCE: | (1988 TO PRESENT) SOLO PRACTITIONER; (1984 TO 1988) PARTNER, HAIDRI, GLAZER & KAMEL, PRIVATE PRACTICE CONCENTRATED IN PERSONAL INJURY, AND WORKERS' COMPENSATION PREDOMINANTLY FOR PLAINTIFFS AND PETITIONERS; HANDLED PERSONAL INJURY PROTECTION AND MEDICAL PROVIDERS' COLLECTION ACTIONS AND ARBITRATIONS; ACTED AS ARBITRATOR IN UNINSURED/UNDERINSURED MOTORIST CASES; HANDLED APPELLATE MATTERS. |
| DECEMBER 1982 TO JUNE 1984 | LEVER BROTHERS COMPANY<br>EDGEWATER, NEW JERSEY<br><u>PATENT ATTORNEY</u><br><br>REVIEWED AND EVALUATED PATENT DISCLOSURES. PREPARED AND FILED PATENT APPLICATIONS. ASSUMED RESPONSIBILITIES FOR THE PROSECUTION OF U.S. AND FOREIGN PATENT APPLICATIONS. PREPARED CONSULTING, SECRECY AND LICENSE |

4

|  |  |
|---|---|
| MAY 1981 TO DECEMBER 1982 | TEXACO DEVELOPMENT CORPORATION<br>WHITE PLAINS, NEW YORK<br><u>PATENT ATTORNEY</u> |

AGREEMENTS, AS WELL AS INFRINGEMENT AND VALIDITY OPINIONS.

REVIEWED DISCLOSURES FROM INVENTORS FOR PATENTABILITY, EVALUATED SEARCHES AND DRAFTED PATENT APPLICATIONS, PROSECUTED U.S. AND FOREIGN CASES INCLUSIVE OF PREPARATION AND FILING OF AMENDMENTS, APPEALS, CONTINUATIONS AND FOREIGN OPPOSITIONS.

1972 TO 1981     HASELTINE AND LAKE
                 NEW YORK, NEW YORK
                 <u>ASSOCIATE</u> AND <u>DIRECTOR</u> OF <u>TRADEMARK DEPARTMENT</u>

PREPARED AND FILED TRADEMARK APPLICATIONS, OPPOSITIONS, CANCELLATIONS, LICENSING OF TECHNOLOGY AND RECORDING OF LICENSES, INFRINGEMENT, PASSING OFF AND UNFAIR COMPETITION ACTIONS.

1971 TO 1972    W.P. THOMPSON & CO.
                LIVERPOOL, ENGLAND
                <u>ASSOCIATE</u>

PRINCIPALLY SAME EXPERIENCE AS HASELTINE AND LAKE WITH EMPHASIS ON BRITISH PRACTICE, REGISTERED USER RECORDATIONS AND INCIDENTAL PATENT AND DESIGN MATTERS.