UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUTEK CORP.,

        Plaintiff,

vs.

BLUEWILLOW BIOLOGICS, INC.;
ROBIN ROE 1 through 10, gender neutral
fictitious names, and; ABC Corporation
1 through 10 (fictitious names).,

        Defendants.
_____/

Case No. 21-cv-10312

F. Kay Behm
United States District Judge

## DECLARATION OF CHRISTOPHER G. DARROW CONFIRMING NO CONFLICTS OF INTEREST

1. I, Christopher G. Darrow, submit this declaration pursuant to Rule 53(b)(3)(A) of the Federal Rules of Civil Procedure.

2. I am an intellectual property attorney admitted to practice in the State of Michigan, the United States Patent and Trademark Office, and various federal courts within the United States.

3. I am the founder and principal of Darrow Mustafa, P.C. My complete curriculum vitae can be found at

1

http://www.darrowmustafa.com/christopher-g-darrow/

4. I do not know of any ground on which my impartiality as a special master in this case might reasonably be questioned; nor to my knowledge are any of the circumstances enumerated in 28 U.S.C. § 455 present that would disqualify me from serving as a special master.

5. I swear that I will administer justice in conformance with my appointment as a special master, and that I will faithfully and impartially perform all the duties incumbent upon me as a special master.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

/s/Christopher G. Darrow
_____
Christopher G. Darrow (P67196)
Darrow Mustafa P.C.
41860 Six Mile Rd
Northville, MI 48168
Tel: (248) 864-5959
darrow@darrowmustafa.com

Date: June 16, 2023