# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| TRUTEK CORP., <br><br> Plaintiff, <br><br> v. <br><br> BLUEWILLOW BIOLOGICS, INC.; ROBIN ROE 1 through 10, gender neutral fictitious names, and ABC CORPORATION 1 through 10 (fictitious names). <br><br> Defendants. | Case No. 2:21-cv-10312 <br><br> Hon. F. Kay Behm |

## STIPULATED ORDER SETTING BRIEFING SCHEDULE AND PAGE LIMITS ON ISSUE OF MOOTNESS

**WHEREAS** the parties conferred pursuant to ECF No. 84 with Special Master Christopher G. Darrow to address the issue of whether the above-captioned case is moot given the Court's order granting summary judgment of no damages and the fact that Defendant BlueWillow Biologics, Inc. is willing to stipulate to not selling the accused NanoBio Protect® product, but were unable to reach agreement.

**IT IS HEREBY STIPULATED** by the parties, by and through their respective undersigned counsel, and subject to approval by the Court, that the parties will submit further briefing on the issue of mootness according to the following schedule and page limits:

|  | Deadline | Page Limits |
|---|---|---|
| Defendant's opening brief on mootness | December 1, 2023 | 15 pages |
| Plaintiff's responsive brief on mootness | December 22, 2023 | 15 pages |
| Defendant's reply brief on mootness | January 12, 2024 | 10 pages |

**SO ORDERED**

Date: November 30, 2023

s/F. Kay Behm
F. Kay Behm
United States District Judge

Stipulated and approved by counsel:

| | |
|---|---|
| Date: November 21, 2023 | /s/  Keith Altman<br>Stanley H. Kremen<br>4 Lenape Lane<br>East Brunswick, NJ 08816<br>Telephone: (732) 593-7294<br>shk@shk@dplc.com<br>shklaw@kremen.us<br><br>Keith Altman<br>The Law Office of Keith Altman<br>33228 West 12 Mile Road, Suite 375<br>Farmington Hills, MI 48334<br>Telephone:  (248) 987-8929<br>keithaltman@kaltmanlaw.com<br><br>*Attorneys for Plaintiff* |
| Date:  : November 21, 2023 | /s/  Liane M. Peterson<br>Nicholas J. Ellis<br>Foley & Lardner LLP<br>500 Woodward Avenue<br>Suite 2700<br>Detroit, MI 48226<br>Telephone:  (313) 234-7100<br>nellis@foley.com<br><br>Liane M. Peterson<br>Foley & Lardner LLP<br>3000 K Street NW<br>Suite 600<br>Washington, DC 48226<br>Telephone:  (202) 672-5300<br>lpeterson@foley.com<br><br>*Attorneys for Defendant* |