UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TRUTEK CORP., | Case No. 21-10312 |
| Plaintiff, | F. Kay Behm |
| v. | United States District Judge |
| BLUEWILLOW BIOLOGICS, INC.; ROBIN ROE 1 through 10, gender neutral fictitious names; and ABC CORPORATION 1 through 10 (fictitious names), | |
| Defendants. | |
| _____/ | |

## JUDGMENT

IT IS ORDERED AND ADJUDGED that pursuant to this Court's Opinion and Order Granting BlueWillow's Request to Dismiss this Case and Denying Pending Motions as Moot dated February 2, 2024, Trutek's complaint is DISMISSED WITH PREJUDICE and BlueWillow's counterclaim is DISMISSED WITHOUT PREJUDICE. This case is hereby DISMISSED.

KINIKIA ESSIX
CLERK OF COURT
By: s/F. Kay Behm
Deputy Clerk

APPROVED:
s/F. Kay Behm
F. Kay Behm
United States District Judge
Date:  February 2, 2024
Flint, Michigan