# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| TRUTEK CORP., | Case No. 4:21-cv-10312 |
| Plaintiff, | Hon. F. Kay Behm |
| v. | |
| BLUEWILLOW BIOLOGICS, INC., et. al. | |
| Defendants. | |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE, that Plaintiff TRUTEK CORP., hereby appeals to the United States Court of Appeals for the Federal Circuit, from a Judgment dated and entered with the Clerk of the Court on February 2, 2024, by the Honorable U.S. District Judge F. Kay Behm (ECF No. 97).

Dated February 29, 2024          Respectfully Submitted,

/s/ *Stanley H. Kremen*
Stanley H. Kremen, Esq.
4 Lenape Lane
East Brunswick, NJ 08816
Tel: (732) 593-7294
Fax: (732) 312-5218
shk@shk-dplc.com

- 2 -

## CERTIFICATE OF SERVICE

    I certify that on February 29, 2024, I served the foregoing document upon all parties/counsel of record by filing copies of same using this Court's CM/ECF System.

                                                 */s/ Stanley H. Kremen*