UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Trutek Corp.,

           Plaintiff(s),

v.                                             Case No. 4:21−cv−10312−FKB−RSW
                                             Hon. F. Kay Behm

BlueWillow Biologics, Inc., et al.,

           Defendant(s).

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

           Mr. Jan Horbaly, Clerk
           United States Court of Appeals for the Federal Circuit
           717 Madison Place, N.W.
           Washington, D.C.  20439

and all interested parties, by electronic means or first class U.S. mail, on March 1, 2024.


                                             KINIKIA D. ESSIX, CLERK OF COURT


                                             By: s/ L. Granger
                                                   Deputy Clerk


Dated:  March 1, 2024